AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Brittany Colleen Bailey<br>D.O.B. XX/XX/XXXX<br>Dylan Young<br>D.O.B. XX/XX/XXXX | ) ) ) ) ) ) |
| *Defendant(s)* | |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between on or about 2/26/19 through 3/27/19__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Brittany Colleen Bailey and Dylan Young did knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer. |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Brittany Colleen Bailey and Dylan Young did knowingly conspire together and with Ashley Anne Iverson, James Richard Bennett, Cory Taylor Grigoriades, Robert Andrew Riley, and Richard Casey McGarrah, along with others to knowingly distribute and receive child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Alix Skelton
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/29/2019

*Judge's signature*

City and state: Washington, D.C.   Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*