UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 8, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| BRITTANY BAILEY, | : | 18 U.S.C. § 2252(a)(2) & (b)(1) |
| | : | (Conspiracy to Distribute and Receive |
| Defendant. | : | Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2251(d) |
| | : | (Advertising Child Pornography) |
| | : | |
| | : | Forfeiture: 18 U.S.C. § 2253(a) |
| | : | 21 U.S.C. § 853(p) |

**INDICTMENT**

The Grand Jury Charges that:

<u>COUNT ONE</u>

Between on or about February 26, 2019 and on or about March 27, 2019, in the District of Columbia and elsewhere, the defendant, **BRITTANY BAILEY**, did conspire with individuals known and unknown to the grand jury to knowingly distribute and receive any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Conspiracy to Distribute and Receive Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) & (b)(1))

## COUNT TWO

Between on or about March 7, 2019 and on or about March 19, 2019, in the District of Columbia and elsewhere, the defendant, **BRITTANY BAILEY**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT THREE

Between on or about April 12, 2019 and on or about April 18, 2019, in the District of Columbia and elsewhere, the defendant, **BRITTANY BAILEY**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT FOUR

Between on or about April 12, 2019, and on or about April 18, 2019, in the District of Columbia and elsewhere, the defendant, **BRITTANY BAILEY**, did knowingly make, print, and publish and cause to be made, printed, and published, a notice and advertisement, seeking and offering to receive, exchange, buy, display, and distribute any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, via the Internet.

(**Advertising Child Pornography**, in violation of Title 18, United States Code, Section 2251(d)).

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One through Four, the defendant shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

(1) One Samsung Galaxy S8 Cellular Telephone Mode SM-G950U

(2) If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p)**)**

A TRUE BILL

FOREPERSON

*Jessie K. Liu* /JPH
Attorney for the United States in
and for the District of Columbia

4