# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-CR-391 |
| | ) |
| BRITTANY BAILEY, | ) |
| | ) |
| | ) Judge John D. Bates |
| Defendant. | ) Sentencing Date: May 11, 2022 |
| | ) |

## JOINT MOTION TO EXTEND FILING DEADLINE FOR SENTENCING MEMORANDA TO MAY 2, 2022

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, and the defendant Brittany Bailey, by and through her counsel, Kira Anne West, jointly and respectfully move this Court to extend the deadline for the parties to file their sentencing memoranda from April 1, 2022, until May 2, 2022. As set forth below, there is good cause shown for the requested extension.

On March 31, 2022, a letter that the defendant sent to the Court was filed on the docket. See ECF 71. In the letter, the defendant requests that the April 11, 2022, sentencing hearing be continued for approximately one month. On April 1, 2022, the Court granted the defendant's request and reset the sentencing hearing until May 11, 2022. See ECF 72. Given the new sentencing date, the parties are requesting a similar extension of the time in which to file their respective sentencing memoranda – until May 2, 2022.

For the reasons discussed above, the parties respectfully submit that good cause is shown for an extension from April 1, 2022, to May 2, 2022, to file their sentencing memoranda.

Dated: April 1, 2022                              Respectfully submitted,

                                                  MATTHEW GRAVES
                                                  UNITED STATES ATTORNEY

                                                  ___/s/ Caroline Burrell___
                                                  AUSA Caroline Burrell
                                                  C.A. Bar 283687
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C. 20530
                                                  202-252-6950; Caroline.Burrell@usdoj.gov



                                                  ___/s/ Kira Anne West___
                                                  Counsel for Brittany Bailey
                                                  Law Office of Kira West
                                                  202-236-2042; kiraannewest@gmail.com

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-CR-391 |
| | ) |
| BRITTANY BAILEY, | ) |
| | ) |
| | ) Judge John D. Bates |
| Defendant. | ) Sentencing Date:  May 11, 2022 |
| | ) |

## ORDER

Based upon the representations in the parties' Joint Motion to Extend Filing Deadline for Sentencing Memoranda, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the parties shall file their sentencing memoranda by May 2, 2022.

SO ORDERED.

DATE: _____, 2022          _____

JOHN D. BATES
United States District Judge

3