```
 1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA        Criminal No.  19-CR-00391

 4        v.                        Washington, D.C.

 5   BRITTANY C. BAILEY,            September 7, 2021

 6           Defendant.             10:00 a.m.

 7   -------------------------/

 8               TRANSCRIPT OF GUILTY PLEA
             BEFORE THE HONORABLE JOHN D. BATES
 9               UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Government:     United States Attorney's Office
                             By: APRIL RUSSO, ESQUIRE
12                           555 Fourth Street, NW
                             Washington, D.C.  20530
13

14

15   For the Defendant:      Law Office of Kira West
                             By: KIRA WEST, ESQUIRE
16                           712 H Street, NE
                             Unit 509
17                           Washington, D.C. 20002

18

19

     Court Reporter          Lisa K. Bankins RMR FCRR RDR
20                           United States District Court
                             District of Columbia
21                           333 Constitution Avenue, NW
                             Washington, D.C. 20001
22

23

24   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
25
```

1                   P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Your Honor, this is

3      Criminal Case 19-391, United States of America versus

4      Brittany Bailey.  Starting with government counsel, please

5      state your appearance for the record.

6              MS. RUSSO:  Thank you so much.  April Russo on

7      behalf of the United States.

8              THE COURTROOM DEPUTY:  Ms. West?

9              MS. WEST:  Yes.  Kira Ann West on behalf of

10     Ms. Brittany Bailey, who is present via video Webex.

11             THE COURT:  All right.  And good morning to

12     everyone.  Ms. Bailey, can you hear these proceedings all

13     right?  All right.  She is shaking her head yes.

14             THE DEFENDANT:  Yes.  I can hear you.

15             THE COURT:  All right.  Keep this on mute though

16     because that keeps down the background noise from the

17     jail.

18             THE DEFENDANT:  Okay.

19             THE COURT:  All right.  Thank you.  So my

20     understanding is that the defendant, Ms. Bailey, is

21     prepared to enter a plea of guilty to one count.  Is that

22     correct, Ms. West?

23             MS. WEST:  It is, Your Honor.

24             THE COURT:  All right.  We're here by video.

25     Before I can proceed, I need to cover that issue.  I need

1    to make certain findings before I allow a defendant to

2    plead guilty to a felony via video conference.

3           Federal Rule of Criminal Procedure 43 requires

4    that a defendant be present in person to plead guilty to a

5    felony.  During the COVID-19 pandemic, however, Congress

6    passed the CARES Act which provides an exception to Rule

7    43 under certain circumstances and the circumstances here

8    have been satisfied.

9           We have a standing order from the chief judge

10   that has come out in various iterations.  The most recent

11   one was just a few days ago I believe and it explains that

12   the judicial conference has found that emergency

13   conditions due to the national emergency declared by the

14   President with respect to COVID-19 has materially affected

15   and will materially affect the functioning of the federal

16   courts generally.

17          In addition, the chief judge has found that

18   in-court proceedings for felony pleas under Rule 11

19   require close contact between the criminal defendants,

20   counsel, other court staff and therefore, holding all

21   felony pleas in person would pose continued serious

22   jeopardy to public health and safety.  Accordingly, the

23   chief judge has extended the authorization for judges to

24   conduct felony pleas by video teleconference or by

25   telephone conference if video teleconferencing is not

1    reasonably available with the consent of the defendant

2    after consultation with counsel.  And this is true in all

3    the districts, the federal districts across the country.

4         Finally, I find in this particular case that

5    there are specific reasons that the plea should not be

6    further delayed without serious harm to the interest of

7    justice.  Neither party is requesting an in-person

8    proceeding and the defendant, who is prepared to plead

9    guilty to one count apparently, should not have to await

10   sentencing indefinitely and to undergo the added stress

11   that further delay would cause.  The plea and following

12   that sentencing is in the interest of not only the

13   defendant, but of the public as well.  The interest of

14   justice require that the defendant's case move forward so

15   that she may complete her sentence and move past this time

16   in her life.

17        In addition, delaying every plea or sentencing

18   hearing would multiply the existing backlog of cases in

19   the federal courts and could generate a deluge of hearings

20   once in-person proceedings can safely resume.

21        Therefore, in light of Ms. Bailey's particular

22   situation -- and this is a case from 2019 after all -- as

23   well as the importance of ensuring the efficient

24   administration of justice, the Court concludes there will

25   be serious harm to the interest of justice if this plea

1    hearing is further delayed.

2         And with the consent of the defendant, we will

3    move forward by video conference.  In the plea agreement

4    at page 7, paragraph 10, the defendant has consented to

5    this plea taking place by video conference.

6         Ms. West, does the defendant consent to the plea

7    hearing proceeding by video conference?

8         MS. WEST:  Yes, Your Honor.  She does.

9         THE COURT:  All right.  Now before I can accept

10   your guilty plea, Ms. Bailey, if you decide to enter one

11   today, I'm required to ask you certain questions and you

12   must answer those questions under oath.  So I will ask Ms.

13   Franklin to administer the oath to the defendant, please.

14        THE COURTROOM DEPUTY:  Ms. Bailey, please raise

15   your right hand?

16        (Defendant sworn.)

17        THE COURT:  Now, Ms. Bailey, do you understand

18   that you are now under oath?

19        THE DEFENDANT:  Yes.

20        THE COURT:  Do you understand that your answers

21   may later be used against you in this or another

22   proceeding?

23        THE DEFENDANT:  Yes.

24        THE COURT:  And do you understand that if you do

25   not answer my questions truthfully, you could be

1    prosecuted for perjury or for making a false statement?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Now I'm going to ask you some

4    questions to make sure that if you choose to enter a

5    guilty plea today, you are doing so knowingly, voluntarily

6    and intelligently and with the advice of your counsel.  If

7    you don't understand any question that I ask or anything

8    else about these proceedings, let me know that and we will

9    attempt to clarify, repeat or whatever is necessary so

10   that you do understand the proceedings.  Most importantly,

11   if at any time you wish to consult with your counsel, let

12   me know that and you'll be given a chance to do so

13   privately.

14             There are a few routine questions, then there's

15   some personal questions and then most of the questions are

16   to ensure that you fully understand your rights.

17             Let's start with the routine.  Would you please

18   for the record state your full name?

19             THE DEFENDANT:  Brittany Colleen Bailey.

20             THE COURT:  How old are you, Ms. Bailey?

21             THE DEFENDANT:  32.

22             THE COURT:  You can read and write the English

23   language.  Is that correct?

24             THE DEFENDANT:  Yes, sir.

25             THE COURT:  How far did you go in school?

1                    THE DEFENDANT:  College.

2                    THE COURT:  And where were you born?

3                    THE DEFENDANT:  Columbia, Missouri.

4                    THE COURT:  Now for the more personal questions.

5       Have you ever been treated for any type of mental illness

6       or any psychological or emotional problems?

7                    THE DEFENDANT:  Yes, sir.

8                    THE COURT:  And when was that?

9                    THE DEFENDANT:  Recently.

10                   THE COURT:  And was that treatment while you

11      were at the jail?

12                   THE DEFENDANT:  Yeah.  I also saw a neuro

13      psychologist from 2008 until my arrest.

14                   THE COURT:  All right.  Now has that treatment

15      been helpful for you?

16                   THE DEFENDANT:  Yes.

17                   THE COURT:  Notwithstanding any illness that

18      required that treatment, are you able to understand these

19      proceedings?

20                   THE DEFENDANT:  Yes, sir.

21                   THE COURT:  Have you ever been treated for

22      addiction to narcotic drugs or alcohol?

23                   THE DEFENDANT:  No.  I wasn't treated.

24                   THE COURT:  Are you addicted to alcohol or any

25      drug at this time?

1          THE DEFENDANT:  No, sir.

2          THE COURT:  Make sure that you give an oral

3    response --

4          THE DEFENDANT:  No, sir.

5          THE COURT:  -- not a nod of the head because the

6    court reporter might not see the nod of the head.

7          THE DEFENDANT:  Okay.

8          THE COURT:  Now are you sick, Ms. Bailey, in any

9    way that could prevent you from understanding what is

10   happening here today?

11         THE DEFENDANT:  Say that one more time.  I'm

12   sorry.

13         THE COURT:  I'm sorry.  Could you repeat that?

14         THE DEFENDANT:  Say that one more time.  I was

15   seeing a girl's question.

16         THE COURT:  I'm sorry.  I didn't understand.

17   Let me ask the question again.  Then maybe you need to

18   pull the mask -- is there anyone else in the room with

19   you?

20         THE DEFENDANT:  No.

21         THE COURT:  You can take your mask off if you

22   wish --

23         THE DEFENDANT:  Oh, okay.

24         THE COURT:  -- if you're comfortable with that

25   because --

1          THE DEFENDANT:  Yeah.  There's a sign behind me

2    that says I can't take it off.  Yeah.

3          THE COURT:  You have a lot of responses to make

4    to my questions.

5          THE DEFENDANT:  Okay.

6          THE COURT:  So I think this will be all right.

7          THE DEFENDANT:  Okay.

8          THE COURT:  So I'll ask the question again.  Are

9    you sick in any way that can prevent you from

10   understanding what is happening here today?

11         THE DEFENDANT:  No.

12         THE COURT:  Are you on any kind of medication

13   that would interfere with your ability to understand

14   what's happening?

15         THE DEFENDANT:  No.  I didn't take any.

16         THE COURT:  And are you presently under the

17   influence of any drug or alcohol?

18         THE DEFENDANT:  No.

19         THE COURT:  Ms. West, do you have any question

20   as to the defendant's competency to plead at this time?

21         MS. WEST:  I do not, Your Honor.

22         THE COURT:  All right.  There's been a medical

23   evaluation conducted.  Is that right?

24         THE DEFENDANT:  Are you asking me?  I'm sorry.

25         THE COURT:  I'm asking Ms. West.  I'm asking Ms.

1    West.

2              MS. WEST:  Yes, Your Honor.  There has been.

3              THE COURT:  But that's not relevant to these

4    proceedings.  Is that your view?

5              MS. WEST:  It's relevant perhaps to sentencing,

6    Your Honor.

7              THE COURT:  All right.  But it hasn't been made

8    known to me.  I have not received any such medical

9    evaluation.  Correct?

10             MS. WEST:  Correct.

11             THE COURT:  All right.  All right.  Ms. Bailey,

12   have you had sufficient time to consult with your attorney

13   about this case?

14             THE DEFENDANT:  Yes.

15             THE COURT:  And are you satisfied with the

16   services of your attorney in this case?

17             THE DEFENDANT:  Yes.

18             THE COURT:  Have you had the opportunity to

19   discuss with your attorney the charges against you and

20   whether you should enter a plea in this case?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Ms. West, have you had sufficient

23   time to review and investigate the law and the facts in

24   this matter?

25             MS. WEST:  I have, Your Honor.

1          THE COURT:  And in your opinion, does the

2     defendant understand the nature of the charges pending --

3          THE DEFENDANT:  Excuse me, excuse me.  Why is

4     someone else being admitted into --

5          MS. WEST:  So, Your Honor, if I may, if I may?

6          THE COURT:  Yes.  Go ahead, Ms. West.

7          MS. WEST:  Yes.  During this --

8          THE DEFENDANT:  No, no, no.  The public line,

9     that's -- she said Ms. Addams.  That's Dawson's wife.

10         THE COURT:  Just a second, Ms. Bailey.  Let me

11    hear from Ms. West first.  And then if we need to have any

12    further discussion, we will.  But let me hear from

13    Ms. West first.  Please, Ms. Bailey, be quiet.  Please.

14         THE DEFENDANT:  But if it's about the case --

15         THE COURT:  I know it's about the case.  But you

16    can't speak if I'm asking you not to speak.  Ms. West?

17         MS. WEST:  Yes, Your Honor.  Thank you.  If I

18    may, unfortunately, Ms. Bailey I was not -- generally, I

19    speak to every client immediately preceding a plea.  I

20    want the Court to know that I did speak to Ms. Bailey on

21    Friday afternoon about the plea.  Since that time, an

22    issue has come up early this morning approximately 30

23    minutes before the plea took place that started at

24    10:00 a.m. about who should be allowed into the room

25    and --

1          THE DEFENDANT:  Read the chat.

2          MS. WEST:  You can't talk, Brittany.

3          THE DEFENDANT:  No.  Read the chat.

4          MS. WEST:  Brittany, you cannot talk.

5          THE DEFENDANT:  There's someone else on the

6     chat, Kira.

7          THE COURT:  We're aware of that.  Please,

8     Ms. Bailey, just be quiet.  Let me hear from Ms. West and

9     then we'll take care of this.  Ms. West?

10          MS. WEST:  Yes, Your Honor.  And based on that

11     communication from the government that somebody wanted to

12     speak during this plea agreement, I was tied up with that

13     and Ms. Bailey unfortunately was -- the jail was late

14     getting her into her 10 a.m. hearing which I don't believe

15     she was able to get on until 10:07.

16          That being said, Your Honor, we would object at

17     this time to anybody being anywhere other than the public

18     line.  I agree with the Court that this is a public plea

19     hearing.  And any member of the public is allowed to hear

20     this proceeding.  And I believe the Court stated before we

21     were on the record that that's the case.  And I just

22     wanted the Court to know I agree with the Court.  But I

23     don't believe that we should have chats in this video

24     conference for people that should be on the public line.

25          THE COURTROOM DEPUTY:  Your Honor, if I may

1    inject in this?  What happened there is a message on my

2    chat screen that says "has the victim's mother been

3    admitted."  I was with the jail and did not hear whether

4    or not you wanted her admitted, the person admitted or

5    not.  I just respond, did the judge approve the admission

6    of Ms. Addams.  So that was me who sent that because I am

7    not going to admit anyone on this video conference until

8    the approval comes from you.

9            THE COURT:  All right.  So she has not been

10   admitted?

11           THE COURTROOM DEPUTY:  She has not been

12   admitted, Your Honor.

13           THE COURT:  Okay.  So it was just your chat

14   asking that question?

15           THE COURTROOM DEPUTY:  Right.  I just asked.

16   Someone sent a question, one of the counsel sent a

17   question and I responded in saying I did not hear you

18   admit her and I wasn't going to admit her until I knew

19   that for the record.

20           THE COURT:  All right.  Now this question.

21   Ms. West, do you think that you and Ms. Bailey need to

22   have a private conversation?

23           MS. WEST:  I do, Your Honor.  Thank you.

24           THE COURT:  All right.  Do you have the line

25   that you can call at the jail to get her on the phone?

1                 MS. WEST:  I do not.  In every other hearing
2 I've ever had, Your Honor, the courtroom deputy puts us in
3 a chat room.
4                 THE COURTROOM DEPUTY:  I'm doing that right now.
5                 MS. WEST:  Thank you, Ms. Patterson.
6                 THE COURTROOM DEPUTY:  This is Ms. Franklin.
7                 MS. WEST:  I mean Ms. Franklin.  I was supposed
8 to have a 9:00 hearing this morning and it went away so.
9 Ms. Bailey --
10                 THE COURTROOM DEPUTY:  Hold on one second,
11 Ms. West.
12                 MS. WEST:  Thank you.  Ms. Bailey, don't say
13 anything until we're in the room.  Okay?  We'll have a
14 private conversation.
15                 MS. RUSSO:  Your Honor, I've just touched base
16 with everybody that wants to listen and they've all said
17 that they don't need to be on video.  They will be happy
18 to just listen in on the public line or the Zoom phone
19 line, whichever is better for the Court and they do not
20 plan on speaking.
21                 I do still have that letter that I received this
22 morning.  I believe they want that to come to Your Honor's
23 attention.  That would be the only remaining issue for the
24 parties to work out.
25                 THE COURT:  Let's proceed on that basis.

1    Ms. West, go ahead and get in the breakout room with your

2    client.

3              MS. WEST:  Yes, Your Honor.

4              THE COURT:  Are you aware of the fact that I

5    have another commitment at 11:00?  So we need to finish

6    this up by then.

7              MS. WEST:  Okay.  Yes, Your Honor.

8              (Ms. West and her client were placed in a chat

9    room.  After which, the following ensued:)

10             THE COURT:  Ms. West, are you ready to resume?

11             MS. WEST:  We are.

12             THE COURT:  All right.  Let me just state on the

13   record that we're not permitting anyone else to join the

14   video Zoom line.  There's been an agreement that anyone

15   else who might have been interested in doing so is

16   satisfied to be on the public phone line.  There is a

17   right of the public to attend this plea hearing by the

18   telephone line and certainly anyone can do so.  But will

19   not at this moment admit anybody else onto the video line

20   and we'll proceed in that way.

21             So I think I was at the point of just asking

22   you, Ms. West, whether in your opinion the defendant

23   understands the nature of the charges pending against her?

24             MS. WEST:  She absolutely does, Your Honor.

25             THE COURT:  And do you believe that your client

1    is mentally competent to enter this plea at this time?

2               MS. WEST:  I do, Your Honor.

3               THE COURT:  Now before accepting your plea,

4    Ms. Bailey, if you decide to enter one, I need to explain

5    to you certain rights that you have to make sure that you

6    understand them.  Please listen closely and be patient

7    with me.  This will take a few minutes and let me know if

8    you don't understand anything or if you need to consult

9    with your attorney.  But you'll be given a chance to do so

10   privately.

11              Do you understand that the charge against you in

12   Count Four of the indictment which is advertisement of

13   child pornography is a felony charge?

14              THE DEFENDANT:  Yes, sir.

15              THE COURT:  Now you have the right to plead not

16   guilty to any offense charged against you.  Do you

17   understand that?

18              THE DEFENDANT:  Yes, sir.

19              THE COURT:  You would have a right to challenge

20   the government's case against you by seeking to have the

21   charges dismissed or to have the evidence against you

22   suppressed or thrown out.  Do you understand that?

23              THE DEFENDANT:  Yes, sir.

24              THE COURT:  Under the Constitution and laws of

25   the United States, you have the right to have a jury trial

1    in this case.  That means that 12 citizens, they would be

2    from the District of Columbia, would sit as the jury and

3    determine whether you are guilty or not guilty based upon

4    evidence that is in the courtroom.  Do you understand your

5    right to a jury trial?

6             THE DEFENDANT:  Yes, sir.

7             THE COURT:  If you choose to go to trial, you

8    would have a right to be represented by your lawyer at

9    that trial.  Do you understand that?

10            THE DEFENDANT:  Yes, sir.

11            THE COURT:  At trial, you would have the right

12   through your lawyer to confront and cross-examine any

13   witnesses against you.  Do you understand that?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  You would also have the right to

16   present your own witnesses and you would have the right to

17   subpoena them to require them to testify in your defense

18   at trial.  Do you understand that?

19            THE DEFENDANT:  Yes, sir.

20            THE COURT:  At trial, you would have the right

21   to testify yourself and to present evidence on your behalf

22   if you wanted to.  But you would not have to testify or

23   present any evidence if you did not want to because you

24   cannot be forced to incriminate yourself; that is, to

25   present evidence of your own guilt.  Do you understand

1    that?

2              THE DEFENDANT:  Yes, sir.

3              THE COURT:  If you chose not to testify or to

4    put on any evidence at trial, those choices could not be

5    used against you to suggest or infer that you are guilty.

6    Do you understand that?

7              THE DEFENDANT:  Yes, sir.

8              THE COURT:  Unless and until I accept your

9    guilty plea, if you choose to enter one today, you are

10   presumed by the law to be innocent because it is the

11   government's burden through competent evidence to prove

12   your guilt beyond a reasonable doubt.  And until it does,

13   you cannot be convicted at trial.  Do you understand that?

14             THE DEFENDANT:  Yes.

15             THE COURT:  Do you understand that if you went

16   to trial and were convicted, you would have the right to

17   appeal your conviction to the Court of Appeals and to have

18   a lawyer help you prepare your appeal?  Do you understand

19   that?

20             THE DEFENDANT:  Yes, sir.

21             THE COURT:  Do you understand that by pleading

22   guilty, you would be generally giving up your rights to

23   appeal?

24             THE DEFENDANT:  Yes, sir.

25             THE COURT:  To summarize, do you understand that

```
 1    if you plead guilty in this case and I accept your guilty
 2    plea, you will give up all the rights that I just
 3    explained to you because there will not be any trial and
 4    there probably will not be an appeal and you will waive
 5    your right not to incriminate yourself on the charge
 6    because you must acknowledge your guilt on this charge in
 7    order for me to accept your plea.  Do you understand that?
 8              THE DEFENDANT:  Yes, sir.
 9              THE COURT:  And do you wish, Ms. Bailey, to give
10    up your rights to a trial, your rights to an appeal in
11    most circumstances and all other rights that I have
12    explained that you would have if your case went to trial?
13              THE DEFENDANT:  Yes, sir.
14              THE COURT:  Do we have a signed waiver of the
15    right to a jury trial?  Is that correct, Ms. Russo and Ms.
16    West?
17              MS. WEST:  Yes, Your Honor.
18              THE COURT:  All right.  And have you signed
19    that, Ms. Bailey, that form waiving your right to a trial
20    by jury?
21              THE DEFENDANT:  Yes.
22              THE COURT:  Counsel, is there any reason that
23    the defendant should not waive a jury trial and her right
24    against self-incrimination as to the charge to which a
25    plea of guilty will be made?
```

1          MS. WEST:  No, Your Honor.

2          THE COURT:  I find that the waiver is knowingly

3    and voluntarily made and it is accepted and the signed

4    waiver will be filed in the court record.

5          Now, Ms. Bailey, have you and your attorney

6    received a copy of the indictment in this case which

7    contains the written charges against you?

8          THE DEFENDANT:  Yes.

9          THE COURT:  And have you read -- has your lawyer

10   explained to you the charges in the indictment and

11   particularly, the charge in Count Four?

12         THE DEFENDANT:  Yes.

13         THE COURT:  Have you had the opportunity to

14   discuss the charges and the case in general fully with

15   your attorney?

16         THE DEFENDANT:  Yes.

17         THE COURT:  Do you understand that the

18   indictment charges you in Count Four with the offense of

19   advertisement of child pornography in violation of Title

20   18 of the U.S. Code, Section 2251(d)?

21         THE DEFENDANT:  Yes.

22         THE COURT:  Now before I can accept your guilty

23   plea, I need to make a determination that there's a

24   factual basis for the plea of guilty.  Please listen

25   closely and let me know if the attorney for the government

1  says anything that you think is wrong or inaccurate.  You

2  do, however, have a written statement of offense.  That's

3  the three-page document and on the third page of that, is

4  that your signature agreeing to the factual statement as

5  true and accurate, Ms. Bailey?

6           THE DEFENDANT:  Yes.

7           THE COURT:  All right.  Ms. Russo, would you

8  state the elements of the charge brought in Count Four and

9  then summarize the factual basis of the case and what it

10  is that the government would intend to prove if the case

11  went to trial?

12           MS. RUSSO:  Yes, I will, Your Honor.  Your

13  Honor, this case and the charges here are advertisement of

14  child pornography and there are four different elements of

15  that offense.  The first is that the defendant knowingly

16  made, printed or published or caused to be made, printed

17  or published; the second is that it was a notice or

18  advertisement that the defendant did this with that seeked

19  to offer or receive, exchange, buy, produce, display,

20  distribute or reproduce a visual depiction of a minor

21  engaged in sexually explicit conduct; the third is that

22  the production of that visual depiction involved the use

23  of a minor engaging in sexually explicit conduct and that

24  that visual depiction was of that conduct; and the fourth

25  is that the defendant knew or had reason to know that the

1      notice or advertisement would be transported in interstate

2      or foreign commerce by computer or other means or over the

3      Internet, Your Honor.

4              In terms of the statement of facts, Your Honor,

5      and the way that the government would be able to prove

6      these elements were this case to go to trial, would you

7      like me to proceed with that?

8              THE COURT:  Please.

9              MS. RUSSO:  Thank you, Your Honor.  So in this

10     case, the evidence would show that Ms. Bailey was engaged

11     in several different KIK groups and that there was an

12     undercover agent in the District of Columbia who was

13     interacting with her while she was in these KIK groups.

14     This started in February of 2019 and Ms. Bailey was not

15     living in the District of Columbia at the time.  She was

16     in a group that the undercover was in called Taboo

17     Parents.  And while she was in that group, she observed

18     other group members exchange child pornography and she

19     exchanged child pornography.  She also communicated

20     directly with the undercover.

21             And she invited the undercover agent in April of

22     2019 to a new KIK Internet group that she had started.

23     She was the administrator and the creator of that taboo

24     group and she invited users to that group, bans them, set

25     up rules that required them to share child pornography and

1      encouraged people in the group to share it.

2              She explained to other group members that C.P.,

3      which is what she asked them to share equaled child porn.

4      And after she made those comments requesting that users

5      share child pornography, they in fact did so.  And the

6      videos that they shared included sexually explicit

7      depictions of children.  Then Ms. Bailey herself shared

8      similar images and videos in the group chat with the other

9      group members in April of 2019.  And so that's what

10     constitutes the advertisement of child pornography.

11              But Ms. Bailey is also agreeing to a cross

12     reference in this case of production of child pornography.

13     And the facts involving the production, Your Honor, are

14     that in early 2019, during the same timeframe that

15     Ms. Bailey had started this KIK group, she also had taken

16     some images of a child, Minor Victim 1 and she had taken

17     these pictures that included a picture of a child's vagina

18     and she had done so for the purpose of sending it to

19     another individual over the Internet that was in one of

20     these KIK conversations with her and the image met the

21     federal definition of child pornography and she took that

22     image with her cellular phone, which was not manufactured

23     in the District of Columbia nor was it manufactured in the

24     state she was then in which is Missouri.

25              THE COURT:  All right.  Thank you, Ms. Russo.

1              Now, Ms. Bailey, you've heard that oral

2     recitation and you've also read the written statement of

3     offense and signed it.  So let me ask you whether the

4     factual summary, both oral and written, is true and

5     correct?

6              THE DEFENDANT:  Could I speak to my lawyer for a

7     moment?

8              THE COURT:  I'm sorry.  What?

9              THE DEFENDANT:  Could I speak to my lawyer for a

10    moment?

11             THE COURT:  Certainly.  We'll have to do the

12    chat room again.

13             (Ms. West and her client were placed in a chat

14    room.  After which, the following ensued:)

15             MS. WEST:  We're back, Your Honor, and we're

16    ready to proceed.

17             THE COURT:  All right.  The pending question was

18    whether the factual summary and written statement of

19    offense is true and correct, Ms. Bailey?

20             THE DEFENDANT:  Yes, sir.

21             THE COURT:  All right.  Did you in fact do what

22    the government has stated that it can prove at trial?

23             THE DEFENDANT:  Yes, sir.

24             THE COURT:  We also have a written letter that

25    outlines the plea agreement in this case.  And have you

1    seen a copy of that plea agreement letter, Ms. Bailey?

2                THE DEFENDANT:  Yes, sir.

3                THE COURT:  Have you had a chance to read it

4    over and discuss it with your lawyer?

5                THE DEFENDANT:  Yes, sir.

6                THE COURT:  Do you understand it?

7                THE DEFENDANT:  Yes.

8                THE COURT:  And on the last page of that

9    document, it is page 12, is that your signature accepting

10   and agreeing to the terms of the plea agreement?

11               THE DEFENDANT:  Yes, sir.

12               THE COURT:  All right.  Do you understand that

13   your lawyer has had conversations with the prosecutor and

14   other members of the government team perhaps and then

15   she's come back and talked to you about those, but you may

16   not have been present at all the conversations that have

17   taken place?

18               THE DEFENDANT:  Yes.

19               THE COURT:  What I need to make sure is that all

20   the agreements and promises that you're making and that

21   the government is making to you are contained in the

22   written plea agreement.  So I am going to ask you that.

23   Does the written plea agreement contain the entire

24   understanding and agreement that you have with the

25   government?

1          THE DEFENDANT:  No.  Because it said there was

2     no -- the plea agreement that I signed specifically says

3     that there's no promise on behalf of the government and

4     then -- there's no promises is what it said.

5          THE COURT:  Okay.  But what I want to make sure

6     is that any promises that do exist or agreements that

7     exist are in that written plea agreement.  Is that right?

8     What I'm trying to make sure of, Ms. Bailey, is that you

9     don't have any side agreements, oral agreements that

10    you've agreed to --

11         THE DEFENDANT:  Right.

12         THE COURT:  -- either that you are making or

13    that the government is making?

14         THE DEFENDANT:  Right.

15         THE COURT:  So is the written plea agreement,

16    does it contain the entire understanding you have with the

17    government?

18         THE DEFENDANT:  Yes.

19         THE COURT:  All right.  And, Ms. West, do you

20    agree that is the case?

21         MS. WEST:  I do, Your Honor.  Ms. Bailey had a

22    question about whether or not she intended to share the

23    production that Ms. Russo referenced as a I believe she

24    said cross agreement.  And that was the issue.  That there

25    was not evidence that she did intend to share that, but

1    that she did agree that she was doing the cross reference

2    of the child production based on the charges that Missouri

3    would bring which ties into the Court's current question,

4    are there any side agreements other than what's in this

5    plea agreement which there are not.  But it's an unusual

6    agreement in the sense that it involves not just D.C., but

7    also Missouri which I know the Court knows from reading

8    the plea agreement.

9            THE COURT:  All right.  So, Ms. West, I will ask

10   you, are all the promises that the United States is making

11   contained in the written plea agreement?

12           MS. WEST:  Yes, Your Honor.

13           THE COURT:  There are no side agreements of any

14   kind?

15           MS. WEST:  No, Your Honor.

16           THE COURT:  And, Ms. Russo, on behalf of the

17   government, do you agree that is the case?

18           MS. RUSSO:  That is correct, Your Honor.

19           THE COURT:  All right.  And that written plea

20   agreement will be filed in the court record.

21           Now, Ms. Bailey, you are as I understand it

22   pleading guilty to the offense of advertisement of child

23   pornography in violation of Title 18 of the U.S Code,

24   Section 2251(d).  Do you understand that if I accept your

25   guilty plea in this case, you could receive a maximum

1    sentence of up to 30 years imprisonment?

2              THE DEFENDANT:  Yes.

3              THE COURT:  You're subject to a mandatory

4    minimum sentence of 15 years imprisonment.  Do you

5    understand that?

6              THE DEFENDANT:  Yes.

7              THE COURT:  You're subject to a maximum fine of

8    up to $250,000 or twice the pecuniary gain or loss from

9    the offense.  Do you understand that?

10             THE DEFENDANT:  Yes.

11             THE COURT:  You also have an obligation to pay a

12   fine sufficient to pay the government the cost of any

13   imprisonment term of supervised release or period of

14   probation.  Do you understand that?

15             THE DEFENDANT:  Yes.

16             THE COURT:  You're subject to an order to make

17   restitution; that is, to pay money back to any victim who

18   may have sustained the loss unless I explain on the record

19   why I am not ordering you to do so.  Do you understand

20   that?

21             THE DEFENDANT:  Yes.

22             THE COURT:  You have an obligation to pay any

23   applicable interest or penalties on fines or restitution

24   not timely made.  Do you understand that?

25             THE DEFENDANT:  Yes.

1          THE COURT:  You're subject to supervised release

2    for a term of at least five years and not more than life.

3    Do you understand that?

4          THE DEFENDANT:  Yes.

5          THE COURT:  And that means that if you are sent

6    to prison, then upon your release, you will be on

7    supervision under certain conditions and rules with which

8    you have to comply and if you fail to comply with those

9    conditions and rules, then you could be sent back to

10   prison for a sufficient period of time.  Do you understand

11   that?

12         THE DEFENDANT:  Yes.

13         THE COURT:  If you were found -- and I'm not

14   saying this is the case -- but if you were found to have

15   two or more convictions for a crime of violence or a

16   felony drug offense, you could be subject to higher

17   penalties provided for in the career offender statutes and

18   the sentencing guidelines.  Do you understand that?

19         THE DEFENDANT:  Yes.

20         THE COURT:  You're subject to a special

21   assessment of $100 for a felony offense as required by

22   statute.  Do you understand that?

23         THE DEFENDANT:  Yes.

24         THE COURT:  In addition, under Title 18 in U.S.

25   Code, Section 3014(a), you're subject to an additional

1    special assessment of $5,000 unless I find that you are

2    indigent at the time of sentencing.  Do you understand

3    that?

4              THE DEFENDANT:  Yes.

5              THE COURT:  If appropriate, the Court may

6    require you to forfeit certain property.  Do you

7    understand that?

8              THE DEFENDANT:  Yes.

9              THE COURT:  And I think we have a provision.

10   Let me just find it if it exists.  Paragraph 13 on page 9

11   of the plea agreement sets out your agreement that the

12   electronic devices seized and in the control of the

13   government were properly seized and you have agreed that

14   that property is subject to seizure and forfeiture by the

15   United States as set out in that paragraph.  Do you

16   understand that?

17             THE DEFENDANT:  Yes.

18             THE COURT:  Now I'm going to review something

19   I'm sure your counsel has discussed with you.  The case

20   does fall within the Sentencing Reform Act of 1984 by

21   which Congress created the United States Sentencing

22   Commission and that commission has issued guidelines for

23   judges to consider in determining the sentence in a

24   criminal case.  There are sentencing ranges for specific

25   offenses that have been set.  They're all contained in a

1    guidelines manual.  But they are not mandatory.  They are

2    advisory, although they must be consulted by the Court in

3    determining the appropriate sentence in this case.  And I

4    will do that here.  I will assess and determine the proper

5    sentence in this case by referring to and considering the

6    sentencing guidelines along with all other relevant

7    factors.

8              While I with the prosecutor, your counsel, you

9    through discussions with your counsel may have a pretty

10   good idea based upon any past criminal history and the

11   nature of this offense what your sentencing range may be,

12   nothing will be certain until the probation office submits

13   a presentence report.  That comes to me.  It also goes to

14   the attorneys, both of whom will have a chance to make

15   changes in it or to object to portions of it.  Your

16   attorney presumably will go over it with you.  And then at

17   the time of sentencing, I will hear from the attorneys and

18   I will make a determination of what your advisory

19   sentencing guideline range is.

20             Once I do that in accordance with the sentencing

21   guidelines, I'm still permitted to impose a sentence

22   outside of that sentencing range.  It could be above or it

23   could be below that range.  What I can't do is sentence

24   you to more than the maximum statutory period that I

25   explained to you a little earlier.  And, of course, here

1    as well, we have a mandatory statutory period that is

2    applicable.

3              Now have you and your attorney talked about the

4    sentencing guidelines and how they might apply to your

5    case?

6              THE DEFENDANT:  Yes.

7              THE COURT:  We have an estimate in the plea

8    agreement.  It's at page 2 -- beginning on page 2 in

9    paragraph 4 and that estimate which is just the parties'

10   agreement, it's not binding on the Court, is that the base

11   offense level here is a 32.  There are 17 levels added to

12   that for specific offense characteristics for a total of

13   49.  That is then reduced because of your acceptance of

14   responsibility by three levels resulting in a estimate --

15   an estimated offense level of 46.  With no prior criminal

16   history, you have zero criminal history points and you're

17   in Criminal History Category I, the lowest category.  But

18   nonetheless with a guidelines level 46, even with a

19   Criminal History Category I, the guideline range is life

20   imprisonment.

21             Now that, of course, is impacted by the

22   mandatory sentencing statutory sentence and the maximum

23   statutory sentence.  The maximum being 30 years and the

24   mandatory minimum being 15 years.

25             Under this guideline range, you're also subject

1    to as set out in the plea agreement a fine in the range of

2    50,000 to $500,000.

3          Now I will note that in the plea agreement both

4    on page 4 in paragraph 5 and on page 5 in paragraph 6, the

5    government had agreed not to seek a sentence of more than

6    180 months.  That's the mandatory minimum.  And the

7    defense and the government have agreed to request that

8    sentence of 180 months from the Court.  Do you understand

9    all of that as set out in the plea agreement, Ms. Bailey?

10          THE DEFENDANT:  Yes, sir.

11          THE COURT:  And have I correctly stated that,

12   Ms. West?

13          MS. WEST:  You have, Your Honor.

14          THE COURT:  Ms. Russo?

15          MS. RUSSO:  That is correct, Your Honor.

16          THE COURT:  All right.  Now, Ms. Bailey, do you

17   understand that I can't determine what the sentence will

18   be under the guidelines or the statutory provisions until

19   I've received the presentence report from the probation

20   office and both the government and your attorney have had

21   the opportunity to challenge any facts reported by the

22   probation office?

23          THE DEFENDANT:  Yes, sir.

24          THE COURT:  Now do you understand that after

25   I've decided what guideline applies to your case, I still

1   have the authority in my discretion to impose a sentence

2   that is more severe or less severe than the sentence

3   called for by the guidelines, although quite frankly, that

4   would be impossible here when you look at the guidelines

5   and consider that they suggest a sentence of life

6   imprisonment.  But nonetheless, it's my decision.  I am

7   not bound by the guidelines.  Do you understand that?

8             THE DEFENDANT:  Yes.

9             THE COURT:  Do you also understand that parole

10  has been abolished for federal charges and that if you are

11  sentenced to prison, you will serve the sentence I impose

12  with a possible modest reduction for good time credit and

13  you will not be released early on parole as used to be the

14  case?  Do you understand that?

15            THE DEFENDANT:  Yes.

16            THE COURT:  Do you also understand that the

17  offense to which you are proposing to plead guilty is a

18  felony offense and that if your plea is accepted and you

19  are found guilty of that offense, then depending on the

20  specific circumstances and the jurisdiction involved, that

21  finding could deprive you of valuable civil rights

22  including the right to vote, the right to hold public

23  office, to serve on a jury, to possess a firearm?  Do you

24  understand those possible collateral civil consequences of

25  your plea of guilty?

1              THE DEFENDANT:  I do.

2              THE COURT:  Do you also understand that under

3     some circumstances not only you, but also the government

4     normally would have the right to appeal any sentence that

5     I impose if you or the government believes that the

6     sentence is improper or unlawful?  Do you understand that?

7              THE DEFENDANT:  Yes.

8              THE COURT:  Now here in your plea agreement, do

9     you understand that you are giving up certain rights to

10    appeal your conviction or challenge the sentence that I

11    impose?

12             THE DEFENDANT:  Yes.

13             THE COURT:  And that's set out in paragraph 9(d)

14    of the plea agreement on page 7 where you have agreed to

15    waive insofar as such waiver is permitted by law the right

16    to appeal the conviction in this case on any basis,

17    including but not limited to the claim that the statute to

18    which you are pleading guilty is unconstitutional or the

19    admitted conduct does not fall within the scope of the

20    statute.

21             You have also agreed to waive the right to

22    appeal the sentence in the case so long as the sentence

23    imposed is not greater than 180 months imprisonment

24    including, but not limited to any term of the

25    imprisonment, fine, forfeiture, award of restitution, term

1    or condition of supervised release, the authority of the

2    Court to set conditions of release and the manner in which

3    the sentence was determined except to the extent that I

4    sentence you above 180 months imprisonment.  And you will,

5    nonetheless, retain the right to appeal on the basis of

6    ineffective assistance of counsel.  That's all set out in

7    paragraph 9(d).  Do you understand those waivers of appeal

8    rights?

9            THE DEFENDANT:  Yes.

10           THE COURT:  You've also waived in the next

11   paragraph, 9(e), any right to challenge the conviction

12   entered or sentence imposed under the plea agreement or

13   otherwise attempt to modify or change the sentence or the

14   manner in which it was determined through any collateral

15   attack.  Do you understand that?

16           THE DEFENDANT:  Yes.

17           THE COURT:  And then in paragraph 9(a) on the

18   preceding page 6, you have waived any challenge to venue

19   in the District of Columbia.  Do you understand that?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Now, Ms. Bailey, do you understand

22   that if the proper guideline range that I determine is

23   higher than you expected and I have to warn you that could

24   be the case or the sentence I impose more severe than you

25   expected, you will still be bound by your guilty plea and

1    you will have no right to withdraw it?  Do you understand

2    that?

3                THE DEFENDANT:  Yes.

4                THE COURT:  Do you understand that if I do not

5    accept any sentencing recommendation made in the plea

6    agreement or made by the lawyers at sentencing, you will

7    still be bound by your guilty plea and you will have no

8    right to withdraw it?

9                THE DEFENDANT:  Yes.

10               THE COURT:  Now there are a couple of other

11   provisions that I just need to touch on.  In the plea

12   agreement on page 8 at paragraph 12, you have agreed to

13   restitution.  You have agreed to pay restitution in the

14   amount of $20,000 to Minor Victim 1 who's the victim

15   associated with the production of child pornography.  As

16   set out in that provision of the plea agreement, you

17   understand that that individual could still maintain the

18   right to request a larger amount of restitution from the

19   Court.  And there are other provisions set out in

20   paragraph 12 of the plea agreement dealing with

21   restitution.  Do you understand those obligations and

22   commitments with respect to the payment of restitution

23   that you had entered into?

24               THE DEFENDANT:  Yes.

25               THE COURT:  I've already gone over the

1    forfeiture provision in paragraph 13 and then the last

2    provision I want to touch on is paragraph 14 on page 9 of

3    the plea agreement where you have acknowledged and agreed

4    that pursuant to S.O.R.N.A. is the shorthand name, the Sex

5    Offender Registration and Notification Act, you are

6    required to register as a sex offender for a minimum

7    period of 25 years and up to life and to keep that

8    registration current wherever you may reside or are

9    employed or are a student and there are other provisions

10   set out in that paragraph in connection with your

11   obligation with respect to sex offender registration.  Do

12   you understand those commitments and obligations?

13              THE DEFENDANT:  Yes, sir.

14              THE COURT:  All right.  Just to repeat, do you

15   understand that under the law, I must consider and take

16   into account the sentencing guidelines along with all

17   other relevant factors.  But those guidelines are

18   advisory.  They're not binding on me.  And ultimately, the

19   appropriate sentence will be determined in my discretion

20   considering the sentencing guidelines, the statutory

21   provisions and all other relevant factors under Section

22   3553(a) of Title 18.  Do you understand that?

23              THE DEFENDANT:  Yes.

24              THE COURT:  Now we're almost done.  Has anyone

25   including your attorney, the police, the prosecutor or any

1     other person you've come in contact with promised or

2     suggested to you that just because you're pleading guilty,

3     I'm going to give you a lighter sentence?

4             THE DEFENDANT:  No.

5             THE COURT:  Has anyone made any promises to you

6     as to what sentence I will impose in this case if I accept

7     your guilty plea?

8             THE DEFENDANT:  No.

9             THE COURT:  Do you understand that at this time

10    I do not know what sentence I will impose since I have not

11    yet heard from the lawyers or from the probation office or

12    from you, quite frankly?

13            THE DEFENDANT:  No or yes, I understand.  Sorry.

14            THE COURT:  Yes.

15            THE DEFENDANT:  There's a lot going on back

16    here.

17            THE COURT:  All right.  Has anyone made any

18    promises to you in connection with your guilty plea other

19    than those that are contained in the plea agreement or

20    that have been stated here in open court?

21            THE DEFENDANT:  Read it again.  I'm sorry.

22            THE COURT:  Has anyone made any promises to you

23    in connection with your guilty plea other than those that

24    are contained in the plea agreement or that have been

25    stated in open court here today?

1          THE DEFENDANT:  No.

2          THE COURT:  Has anyone forced, threatened or

3     coerced you in any way into entering this plea of guilty?

4          THE DEFENDANT:  No.

5          THE COURT:  Is there anything that you don't

6     understand or want to ask me or your lawyer about in

7     connection with this proposed plea?

8          THE DEFENDANT:  No.

9          THE COURT:  Counsel, is there anything else we

10    need to cover before taking the plea?  Ms. West?

11         MS. WEST:  Yes, sir.  Just one thing.  I wanted

12    the Court to know that because we're doing this by video

13    Webex, I wanted the Court to know that my investigator

14    took the entire statement of offense and plea agreement to

15    Ms. Bailey to the jail and she was able to read a physical

16    copy of it.  I then by videotape went over exactly that,

17    the statement of offense and the plea agreement with a

18    video conference with Ms. Bailey.  So she's gone over the

19    terms of the plea at least twice word for word and I

20    wanted the Court to know that.

21         THE COURT:  All right.  Thank you, Ms. West.

22         MS. WEST:  Yes, Your Honor.

23         THE COURT:  Anything else we need to cover?

24         MS. WEST:  There is one matter that may come up,

25    Your Honor, not with regard to the plea agreement.  But we

1    subpoenaed a lot of medical records in this case.  Some of

2    them from a company called Ciox.  Unfortunately, my

3    investigator did not put on the subpoena that this was an

4    indigent defendant and I have been getting bills from Ciox

5    for $1600 for months and months.  So in the event that I

6    have to file a motion to get -- I've done everything I

7    possibly can to get them to stop and so I'm trying to

8    figure out what to do next.  I wanted the Court to be

9    aware that that may come up.

10            THE COURT:  All right.  But that won't come up

11   in this plea agreement?

12            MS. WEST:  No.

13            THE COURT:  All right.  Ms. Russo, anything else

14   we need to cover?

15            MS. RUSSO:  Just a couple of quick things, Your

16   Honor.  I wanted to just point out that the U.S.

17   Attorney's Office in the Western District of Missouri has

18   agreed not to prosecute Ms. Bailey criminally for the

19   conduct set forth in the statement of offense provided

20   this guilty plea is accepted and not later withdrawn.

21            I also wanted to mention that the restitution

22   while there is an agreement as to Minor Victim 1, any

23   victims of the advertisement of child pornography still

24   would be entitled to restitution.  There's no agreement in

25   the plea agreement as to the amount.  But I just wanted to

1    make sure it's not surprising to anyone later on if there

2    is a victim of advertisement which there may or may not

3    be.

4            And then finally, Your Honor, I did want to go

5    back to the letter that I received this morning from this

6    individual who wants to speak on behalf of Minor Victim 1

7    as to the plea.  I think this individual would be

8    satisfied as long as the Court has read the letter and/or

9    has me read the letter prior to you accepting the plea.

10   But I do think that they wanted to have a voice prior to

11   the acceptance of the plea.

12           THE COURT:  Well, if you can hold on, I can

13   electronically read the letter because you filed it.

14   Right?

15           MS. RUSSO:  I emailed it, yes, Your Honor, after

16   receiving it.  I'm happy to file it as well under seal as

17   an exhibit to the plea or whatever is faster, Your Honor.

18           THE COURT:  You emailed it?

19           MS. RUSSO:  I emailed it to Ms. Franklin and Mr.

20   Bradley, Your Honor.

21           THE COURT:  All right.  If they have it unless

22   they forwarded it to me, I don't have it yet.  So

23   Ms. Franklin or -- Mr. Bradley is not on here.

24   Ms. Franklin, if you have received that email, you need to

25   forward that email to me.

1              MS. WEST:  And I have one comment, Your Honor,

2    on what Ms. Russo has stated with regard to the agreement

3    with the Western District of Missouri.  We agreed to this

4    plea agreement based on their promise not to prosecute Ms.

5    Bailey for anything that has to do with this offense.  Not

6    that that was restricted to this plea agreement or the

7    statement of offense.  We agreed to this 15-year minimum

8    mandatory because -- and I -- Ms. Russo has assured me

9    that that district is not going to prosecute her.  So I

10   just wanted to make sure that the Court understood that.

11             MS. RUSSO:  I don't think that the District of

12   Missouri is planning on prosecuting Ms. Bailey for any

13   crimes as far as I know, Your Honor.  But I can't -- you

14   know, I can't speak for them.  What I can say is that they

15   have told me they are not going to prosecute her

16   criminally for any conduct that's set forth in the

17   statement of offense which is provided in the plea

18   agreement.  I don't think they have any intention unless

19   there is some other crime that we find out about later

20   that's very out of the scope of, you know, ever

21   prosecuting Ms. Bailey.

22             But I mean what the agreement is is confined

23   to -- I mean I can't speak for them beyond what they

24   agreed to and what they agreed to is what's in the plea

25   agreement.  I don't believe their plan is to do anything

1    else.  But that's not what's -- again I can't assume
2    anything.  But I can tell you that their intention is what
3    I put in the plea agreement.
4              THE COURT:  All right.  I understand that and
5    that's on the record.
6              I've now read the letter that I believe has been
7    referenced.  That's a letter dated September 6, 2021.  Is
8    that correct?
9              MS. RUSSO:  That is correct, Your Honor.
10             THE COURT:  And I have now read that letter.
11   And of course, when we get to sentencing, that may well be
12   a part of the consideration at the time of sentencing.
13             With that, let me return to you, Ms. Bailey, and
14   ask if you're ready now to make a decision about whether
15   you are going to enter a plea of guilty or whether instead
16   you want to go to trial.  Are you ready to make that
17   decision?
18             THE DEFENDANT:  Yes, sir.
19             THE COURT:  And how do you plead to the charge
20   in Count Four of the indictment?  Do you plead guilty or
21   not guilty?
22             THE DEFENDANT:  Guilty, Your Honor.
23             THE COURT:  And, Ms. Bailey, are you entering
24   this plea of guilty voluntarily and of your own free will?
25             THE DEFENDANT:  Yes, sir.

1          THE COURT:  And are you entering this plea of

2     guilty because you are guilty and for no other reason?

3          THE DEFENDANT:  Yes, sir.

4          THE COURT:  Ms. West, do you know of any reason

5     why the defendant should not plead guilty to the charge?

6          MS. WEST:  No, Your Honor.

7          THE COURT:  It is, therefore, the finding of the

8     Court in the case of United States versus Brittany Bailey,

9     Criminal Case Number 19-391 that the defendant, Brittany

10    Bailey, is fully competent and capable of making a

11    decision today and entering an informed plea, that she

12    understands the nature of the charges and the consequences

13    of what she is doing and she is acting voluntarily and of

14    her own free will and that there is an adequate factual

15    basis for her plea.  Therefore, the plea of guilty is

16    accepted and I find you guilty as charged in Count Four of

17    the indictment.

18          As I have explained, a presentence investigation

19    will be conducted and a report prepared by the probation

20    office to assist me in sentencing.  You will be

21    interviewed by the probation office and you're required to

22    give truthful information for the report.  Your attorney

23    may be present with you if you wish and I recommend that

24    is generally a good idea.  You and your attorney will be

25    permitted to read the presentence report before the

1    sentencing hearing and make any objections to errors that

2    you believe are in the report.  And then at the sentencing

3    hearing, both you and your attorney will be given the

4    opportunity to speak on your behalf.

5            Now are we going to schedule sentencing for the

6    normal approximately 75-day period or is there some

7    evaluation that is going to be requested that is going to

8    take place?

9            MS. WEST:  Your Honor, I believe that we can

10   still schedule the 75 days.  I think that I may ask

11   another medical provider to do an assessment of

12   Ms. Bailey, but I believe that can be done within 75 days.

13           THE COURT:  That would mean that the

14   psychological and psychosexual evaluation that was

15   requested earlier, but was not conducted because the

16   probation office does not conduct those until after a plea

17   is entered, that will not be requested.

18           MS. WEST:  No, Your Honor.

19           THE COURT:  Okay.  So 75 days out.  That would

20   mean we are looking at roughly late November.  And the

21   calendar in later November, of course, has a holiday.

22   That takes up some of the time.  Have you discussed a

23   particular sentencing date?

24           MS. RUSSO:  We have not, Your Honor.  I think

25   maybe the first week of December makes sense or the -- or

1   even the very end of November.  The government is amenable

2   to whatever works for the defense.

3            THE COURT:  Well, let's look at the first week

4   of December.  How does, well, December 1st, 2nd or 3rd

5   look?

6            MS. RUSSO:  Those look good for the government.

7            MS. WEST:  December 1st and 2nd look good for

8   me, Your Honor.

9            THE COURT:  Let's do December 2nd.  That's a

10   Thursday.  Right?

11            MS. WEST:  Yes, Your Honor.

12            THE COURT:  At 10 a.m.?

13            MS. WEST:  Yes, Your Honor.

14            THE COURT:  December 2nd.  10 a.m.  We'll

15   schedule it -- I mean we're in an uncertain period.  But

16   we'll schedule it to be an in-person proceeding.  But if

17   we have to deal with the question of whether it can be

18   virtual, we'll deal with that prior to the date.  That

19   would have to be with the consent of the defendant

20   however.

21            MS. RUSSO:  Yes, Your Honor.  And I also would

22   want to check with the victim's father as well.

23            THE COURT:  Understandable.  All right.  So

24   December 2nd at 10:00 a.m. in person is our scheduled

25   sentencing date.  I would need the sentencing memos then

```
 1    to be submitted -- ideally, I'd like them before
 2    Thanksgiving.  That probably is better for you all as well
 3    so we're not doing them over Thanksgiving.  So if you can
 4    submit them by not later than November 24th, that should
 5    give me adequate time.
 6              That leaves the last issue for me, to be
 7    released pending sentencing.  I don't think there is an
 8    issue here.  I think I am required to detain the defendant
 9    as recognized in the plea agreement at page 5, paragraph
10    8.  Any disagreement as to that from the government,
11    Ms. Russo?
12              MS. RUSSO:  No, Your Honor.
13              THE COURT:  From the defense, Ms. West?
14              MS. WEST:  No, Your Honor.
15              THE COURT:  All right.
16              MS. WEST:  I would note that you did say that
17    the sentencing would be in person?
18              THE COURT:  I did.
19              MS. WEST:  I have asthma and an autoimmune
20    disease.  Unfortunately, I'm trying not to go anywhere.
21    By then, I hope to have the booster shot for Pfizer.  I'm
22    told that I can get it in November by my doctor.  So
23    hopefully, that won't be an issue for me.
24              THE COURT:  All right.  Hopefully not, but we're
25    sensitive to and flexible with respect to such things.  So
```

1    we'll deal with or cross that bridge if and when we have

2    to.

3                    MS. WEST:  Thank you.

4                    THE COURT:  But at the moment we're scheduling

5    it for an in-person proceeding on December 2nd at 10 a.m.

6                    MS. WEST:  Yes, sir.

7                    THE COURT:  From my perspective, that completes

8    these proceedings.  Anything else from the government?

9                    MS. RUSSO:  No, Your Honor.  Thank you very

10   much.

11                   THE COURT:  From the defense?

12                   MS. WEST:  No, Your Honor.

13                   THE COURT:  All right.  Thank you all very much

14   and have a good day.

15                   MS. WEST:  Thank you, Your Honor.

16                   (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

<u>CERTIFICATE OF REPORTER</u>

I, Lisa K. Bankins, an Official Court Reporter for the United States District and Bankruptcy Courts for the District of Columbia, do hereby certify that I reported, by machine shorthand, in my official capacity, the proceedings had and testimony adduced upon the guilty plea in the case of the United States of America versus Brittany Bailey, Criminal Number 19-CR-00391, in said court on the 7th day of September, 2021.

I further certify that the foregoing 49 pages constitute the official transcript of said proceedings, as taken from my machine shorthand notes, together with the backup tape of said proceedings to the best of my ability.

In witness whereof, I have hereto subscribed my name, this 25th day of June, 2022.


                                        Lisa K. Bankins

                                        Lisa K. Bankins
                                        Official Court Reporter

MS. RUSSO: [16]  2/6 14/15 21/12 22/9 27/18
33/15 41/15 42/15 42/19 43/11 44/9 46/24 47/6
47/21 48/12 49/9
MS. WEST: [49]  2/9 2/23 5/8 9/21 10/2 10/5
10/10 10/25 11/5 11/7 11/17 12/2 12/4 12/10
13/23 14/1 14/5 14/7 14/12 15/3 15/7 15/11
15/24 16/2 19/17 20/1 24/15 26/21 27/12 27/15
33/13 40/11 40/22 40/24 41/12 43/1 45/6 46/9
46/18 47/7 47/11 47/13 48/14 48/16 48/19 49/3
49/6 49/12 49/15
THE COURT: [166]
THE COURTROOM DEPUTY: [9]  2/2 2/8
5/14 12/25 13/11 13/15 14/4 14/6 14/10
THE DEFENDANT: [113]

**$**

$100 [1]  29/21
$1600 [1]  41/5
$20,000 [1]  37/14
$250,000 [1]  28/8
$5,000 [1]  30/1
$500,000 [1]  33/2

**0**

00391 [2]  1/3 50/9

**1**

10 [3]  5/4 12/14 47/12
10 a.m [2]  47/14 49/5
10:00 [1]  1/6
10:00 a.m [2]  11/24 47/24
10:07 [1]  12/15
11 [1]  3/18
11:00 [1]  15/5
12 [4]  17/1 25/9 37/12 37/20
13 [2]  30/10 38/1
14 [1]  38/2
15 [2]  28/4 32/24
15-year [1]  43/7
17 [1]  32/11
18 [4]  20/20 27/23 29/24 38/22
180 [4]  33/6 33/8 35/23 36/4
19 [2]  3/5 3/14
19-391 [2]  2/3 45/9
19-CR-00391 [1]  1/3 50/9
1984 [1]  30/20
1st [2]  47/4 47/7

**2**

20001 [1]  1/21
20002 [1]  1/17
2008 [1]  7/13
2019 [5]  4/22 22/14 22/22 23/9 23/14
2021 [3]  1/5 44/7 50/10
2022 [1]  50/18
20530 [1]  1/12
2251 [2]  20/20 27/24
24th [1]  48/4
25 [1]  38/7
25th [1]  50/18
2nd [6]  47/4 47/7 47/9 47/14 47/24 49/5

**3**

30 [3]  11/22 28/1 32/23
3014 [1]  29/25
32 [2]  6/21 32/11
333 [1]  1/21
3553 [1]  38/22
391 [2]  2/3 45/9
3rd [1]  47/4

**4**

43 [2]  3/3 3/7
46 [2]  32/15 32/18

49 [2]  32/13 50/12

**5**

50,000 [1]  33/2
509 [1]  1/16
555 [1]  1/12

**7**

712 [1]  1/16
75 [3]  46/10 46/12 46/19
75-day [1]  46/6
7th [1]  50/10

**9**

9:00 [1]  14/8

**A**

a.m [7]  1/6 11/24 12/14 47/12 47/14 47/24 49/5
ability [2]  9/13 50/15
able [4]  7/18 12/15 22/5 40/15
abolished [1]  34/10
about [12]  6/8 10/13 11/14 11/15 11/21 11/24
25/15 26/22 32/3 40/6 43/19 44/14
above [1]  31/22 36/4
absolutely [1]  15/24
accept [6]  5/9 18/8 19/1 19/7 20/22 27/24 37/5
39/6
acceptance [2]  32/13 42/11
accepted [4]  20/3 34/18 41/20 45/16
accepting [3]  16/3 25/9 42/9
accordance [1]  31/20
Accordingly [1]  3/22
account [1]  38/16
accurate [1]  21/5
acknowledge [1]  19/6
acknowledged [1]  38/3
across [1]  4/3
Act [3]  3/6 30/20 38/5
acting [1]  45/13
Addams [2]  11/9 13/6
added [2]  4/10 32/11
addicted [1]  7/24
addiction [1]  7/22
addition [3]  3/17 4/17 29/24
additional [1]  29/25
adduced [1]  50/7
adequate [2]  45/14 48/5
administer [1]  5/13
administration [1]  4/24
administrator [2]  22/23
admission [1]  13/5
admit [4]  1/17 13/8 13/18 15/19
admitted [7]  11/4 13/3 13/4 13/4 13/10 13/12
35/19
advertisement [9]  16/12 20/19 21/13 21/18
22/1 23/10 27/22 41/23 42/2
advice [1]  6/6
advisory [3]  31/2 31/18 38/18
affect [1]  3/15
affected [1]  3/14
after [8]  4/2 4/22 15/9 23/4 24/14 33/24 42/15
46/16
afternoon [1]  11/21
again [5]  8/17 9/8 24/12 39/21 44/1
against [11]  5/21 10/19 15/23 16/11 16/16
16/20 16/21 17/13 18/5 19/24 20/7
agent [2]  22/12 22/21
ago [1]  3/11
agree [5]  12/18 12/22 26/20 27/1 27/17
agreed [14]  26/10 30/13 33/5 33/7 35/14 35/21
37/12 37/13 38/3 41/18 43/3 43/7 43/24 43/24
agreeing [3]  21/4 23/11 25/10
agreement [50]  5/3 12/12 15/14 24/25 25/1
25/10 25/22 25/23 25/24 26/2 26/7 26/15 26/24
27/5 27/6 27/8 27/11 27/20 30/11 30/11 32/8
32/10 33/1 33/3 33/9 35/8 35/14 36/12 37/6

37/12 37/16 37/20 38/3 39/19 39/24 40/14
40/17 40/25 41/1 41/22 41/24 41/25 43/2 43/4
43/6 43/18 43/22 43/25 44/3 48/9
agreements [6]  25/20 26/6 26/9 26/9 27/4
27/13
ahead [2]  11/6 15/1
alcohol [3]  7/22 7/24 9/17
all [55]
allow [1]  3/1
allowed [2]  11/24 12/19
almost [1]  38/24
along [2]  31/6 38/16
already [1]  37/25
also [19]  7/12 17/15 22/9 23/11 23/15 24/2
24/24 27/7 28/11 31/13 32/25 34/9 34/16 35/2
35/3 35/21 36/10 41/21 47/21
although [2]  31/2 34/3
am [5]  13/6 25/22 28/19 34/6 48/8
amenable [1]  47/1
AMERICA [3]  1/3 2/3 50/8
amount [3]  37/14 37/18 41/25
Ann [1]  2/9
another [4]  5/21 15/5 23/19 46/11
answer [2]  5/12 5/25
answers [1]  5/20
any [49]  6/7 6/11 7/5 7/6 7/17 7/24 8/8 9/9 9/12
9/15 9/17 9/19 10/8 11/11 12/19 16/16 17/12
17/23 18/4 19/3 19/22 26/6 26/9 27/4 27/13
28/12 28/17 28/22 31/10 33/21 35/4 35/16
35/24 36/11 36/14 36/18 37/5 38/25 39/5 39/17
39/22 40/3 41/22 43/12 43/16 43/18 45/4 46/1
48/10
anybody [2]  12/17 15/19
anyone [11]  8/18 13/7 15/13 15/14 15/18 38/24
39/5 39/17 39/22 40/2 42/1
anything [2]  6/7 14/13 16/8 21/1 40/5 40/9
40/23 41/13 43/5 43/25 43/25 44/2 49/8
anywhere [2]  12/17 48/20
apparently [1]  4/9
appeal [11]  18/17 18/18 18/23 19/4 19/10 35/4
35/10 35/16 35/22 36/5 36/7
Appeals [1]  18/17
appearance [1]  2/5
APPEARANCES [1]  1/10
applicable [2]  28/23 32/2
applies [1]  33/25
apply [1]  32/4
appropriate [3]  30/5 31/3 38/19
approval [1]  13/8
approve [1]  13/5
approximately [2]  11/22 46/6
APRIL [4]  1/11 2/6 22/21 23/9
are [60]
arrest [1]  7/13
as [36]  4/13 4/22 4/23 9/20 17/2 19/24 21/4
26/23 27/21 29/21 30/15 32/1 33/1 33/9 34/13
35/15 35/22 37/15 38/6 39/6 41/22 41/25 42/7
42/8 42/8 42/16 42/16 43/13 43/13 45/16 45/18
47/22 48/2 48/9 48/10 50/13
ask [12]  5/11 5/12 6/3 6/7 8/17 9/8 24/3 25/22
27/9 40/6 44/14 46/10
asked [2]  13/15 23/3
asking [6]  9/24 9/25 9/25 11/16 13/14 15/21
assess [1]  31/4
assessment [3]  29/21 30/1 46/11
assist [1]  45/20
assistance [1]  36/6
associated [1]  37/15
assume [1]  44/1
assured [1]  43/8
asthma [1]  48/19
attack [1]  36/15
attempt [2]  6/9 36/13
attend [1]  15/17
attention [1]  14/23
attorney [14]  10/12 10/16 10/19 16/9 20/5

## A

attorney... [9]  20/15 20/25 31/16 32/3 33/20 38/25 45/22 45/24 46/3
Attorney's [2]  1/11 41/17
attorneys [2]  31/14 31/17
authority [2]  34/1 36/1
authorization [1]  3/23
autoimmune [1]  48/19
available [1]  4/1
Avenue [1]  1/21
await [1]  4/9
award [1]  35/25
aware [3]  12/7 15/4 41/9
away [1]  14/8

## B

back [6]  24/15 25/15 28/17 29/9 39/15 42/5
background [1]  2/16
backlog [1]  4/18
backup [1]  50/15
BAILEY [52]
Bailey's [1]  4/21
Bankins [4]  1/19 50/3 50/21 50/22
BANKRUPTCY [2]  1/1 50/4
bans [1]  22/24
base [2]  14/15 32/10
based [5]  12/10 17/3 27/2 31/10 43/4
basis [6]  14/25 20/24 21/9 35/16 36/5 45/15
BATES [1]
be [68]
because [16]  2/16 8/5 8/25 13/6 17/23 18/10 19/3 19/6 26/1 32/13 39/2 40/12 42/13 43/8 45/2 46/15
been [19]  3/8 7/5 7/15 7/21 9/22 10/2 10/7 13/2 13/9 13/11 15/14 15/15 25/16 30/25 34/10 39/20 39/24 41/4 44/6
before [11]  1/8 2/25 3/1 5/9 11/23 12/20 16/3 20/22 40/10 45/25 48/1
beginning [1]  32/8
behalf [7]  2/7 2/9 17/21 26/3 27/16 42/6 46/4
behind [1]  9/1
being [5]  11/4 12/16 12/17 32/23 32/24
believe [12]  3/11 12/14 12/20 12/23 14/22 15/25 26/23 43/25 44/6 46/2 46/9 46/12
believes [1]  35/5
below [1]  31/23
best [1]  50/15
better [2]  14/19 48/2
between [1]  3/19
beyond [2]  18/12 43/23
bills [1]  41/4
binding [2]  32/10 38/18
booster [1]  48/21
born [1]  7/2
both [5]  24/4 31/14 33/3 33/20 46/3
bound [3]  34/7 36/25 37/7
Bradley [2]  42/20 42/23
breakout [1]  15/1
bridge [1]  49/1
bring [1]  27/3
BRITTANY [9]  1/5 2/4 2/10 6/19 12/2 12/4 45/8 45/9 50/9
brought [1]  18/11
burden [1]  18/11
buy [1]  21/19

## C

C.P [1]  23/2
calendar [1]  46/21
call [1]  13/25
called [3]  22/16 34/3 41/2
can [22]  2/12 2/14 2/25 4/20 5/9 6/22 8/21 9/9 13/25 15/18 20/22 24/22 41/7 42/12 42/12 43/14 44/2 46/9 46/12 47/17 48/3 48/22
can't [9]  9/2 11/16 12/2 31/23 33/17 43/13

13/14 43/23 44/1
cannot [9]  11/16 27/24 48/13
capable [1]  45/10
capacity [1]  50/6
care [1]  12/9
career [1]  29/17
CARES [1]  3/6
case [42]  2/3 4/4 4/14 4/22 10/13 10/16 10/20 11/14 11/15 12/21 16/20 17/1 19/1 19/12 20/6 20/14 21/9 21/10 21/13 22/6 22/10 23/12 24/25 26/20 27/17 27/25 29/14 30/19 30/24 31/3 31/5 32/5 33/25 34/14 35/16 35/22 36/24 39/6 41/1 45/8 45/9 50/8
cases [1]  4/18
category [3]  32/17 32/17 32/19
cause [1]  4/11
caused [1]  21/16
cellular [1]  23/22
certain [8]  3/1 3/7 5/11 16/5 29/7 30/6 31/12 35/9
certainly [2]  15/18 24/11
CERTIFICATE [1]  49/17
certify [2]  50/5 50/12
challenge [5]  16/19 33/21 35/10 36/11 36/18
chance [4]  6/12 16/9 25/3 31/14
change [1]  36/13
changes [1]  31/15
characteristics [1]  32/12
charge [9]  16/11 16/13 19/5 19/6 19/24 20/11 21/8 44/19 45/5
charged [2]  16/16 45/16
charges [12]  10/19 11/2 15/23 16/21 20/7 20/10 20/14 20/18 21/13 27/2 34/10 45/12
chat [10]  12/1 12/3 12/6 13/2 13/13 14/3 15/8 23/8 24/12 24/13
chats [1]  12/23
check [1]  47/22
chief [3]  3/9 3/17 3/23
child [16]  16/13 20/19 21/14 22/18 22/19 22/25 23/3 23/5 23/10 23/12 23/16 23/21 27/2 27/22 37/15 41/23
child's [1]  23/17
children [1]  23/7
choices [1]  18/4
choose [3]  6/4 17/7 18/9
chose [1]  18/3
Ciox [2]  41/2 41/4
circumstances [5]  3/7 3/7 19/11 34/20 35/3
citizens [1]  17/1
civil [2]  34/21 34/24
claim [1]  35/17
clarify [1]  6/9
client [5]  11/19 15/2 15/8 15/25 24/13
close [1]  3/19
closely [2]  16/6 20/25
Code [2]  20/20 27/23 29/25
coerced [1]  40/3
collateral [2]  34/24 36/14
Colleen [1]  6/19
College [1]  7/1
COLUMBIA [9]  1/1 1/20 7/3 17/2 22/12 22/15 23/23 36/19 50/5
come [8]  3/10 11/22 14/22 25/15 39/1 40/24 41/9 41/10
comes [2]  13/8 31/13
comfortable [1]  8/24
comment [1]  43/1
comments [1]  23/4
commerce [1]  22/2
commission [2]  30/22 30/22
commitment [1]  15/5
commitments [2]  37/22 38/12
communicated [1]  22/19
communication [1]  12/11
company [1]  41/2
competency [1]  9/20

competent [3]  16/1 18/11 45/10
completed [1]  3/15
completes [1]  49/7
comply [2]  29/8 29/8
computer [1]  22/2
concluded [1]  49/16
concludes [1]  4/24
condition [1]  36/1
conditions [4]  3/13 29/7 29/9 36/2
conduct [8]  3/24 21/21 21/23 21/24 35/19 41/19 43/16 46/16
conducted [3]  9/23 45/19 46/15
conference [9]  3/2 3/12 3/25 5/3 5/5 5/7 12/24 37/7 40/18
confined [1]  43/22
confront [1]  17/12
Congress [2]  3/5 30/21
connection [4]  38/10 39/18 39/23 40/7
consent [4]  4/1 5/2 5/6 47/19
consented [1]  5/4
consequences [1]  34/24 45/12
consider [3]  30/23 34/5 38/15
consideration [1]  44/12
considering [2]  31/5 38/20
constitute [1]  50/13
constitutes [1]  23/10
Constitution [2]  1/21 16/24
consult [3]  6/11 10/12 16/8
consultation [1]  4/2
consulted [1]  31/2
contact [2]  3/19 39/1
contain [2]  25/23 26/16
contained [5]  25/21 27/11 30/25 39/19 39/24
contains [1]  20/7
continued [1]  3/21
control [1]  30/12
conversation [2]  13/22 14/14
conversations [3]  23/20 25/13 25/16
convicted [2]  18/13 18/16
conviction [4]  18/17 35/10 35/16 36/11
convictions [1]  29/15
copy [3]  20/6 25/1 40/16
correct [11]  2/22 6/23 10/9 10/10 19/15 24/5 24/19 27/18 33/15 44/8 44/9
correctly [1]  33/11
cost [1]  28/12
could [15]  4/19 5/25 8/9 8/13 18/4 24/6 24/9 27/25 29/9 29/16 31/22 31/23 34/21 36/23 37/17
counsel [7]  2/4 3/20 4/2 6/6 6/11 13/16 19/22 30/19 31/8 31/9 36/6 40/9
count [8]  2/21 4/9 16/12 20/11 20/18 21/8 44/20 45/16
country [1]  4/3
couple [2]  37/10 41/15
course [4]  31/25 32/21 44/11 46/21
court [34]  1/19 1/20 3/18 3/20 4/24 8/6 11/20 12/18 12/20 12/22 12/22 14/19 18/17 20/4 27/7 27/20 30/5 31/2 32/10 33/8 36/2 37/19 39/20 39/25 40/12 40/13 40/20 41/8 42/8 43/10 45/8 50/3 50/10 50/22
Court's [1]  27/3
courtroom [2]  14/2 17/4
courts [4]  1/1 3/16 4/19 50/4
cover [4]  2/25 40/10 40/23 41/14
COVID [2]  3/5 3/14
COVID-19 [2]  3/5 3/14
CR [2]  1/3 50/9
created [1]  30/21
creator [1]  22/23
credit [1]  34/12
crime [2]  29/15 43/19
crimes [1]  43/13
criminal [12]  1/3 2/3 3/3 3/19 30/24 31/10 32/15 32/16 32/17 32/19 45/9 50/9
criminally [2]  41/18 43/16

**C**

cross [5]  17/12 23/11 26/24 27/1 49/1
cross-examine [1]  17/12
current [2]  27/3 38/8

**D**

D.C [5]  1/4 1/12 1/17 1/21 27/6
date [3]  46/23 47/18 47/25
dated [1]  44/7
Dawson's [1]  11/9
day [4]  46/6 49/14 50/10 50/18
days [4]  3/11 46/10 46/12 46/19
deal [3]  47/17 47/18 49/1
dealing [1]  37/20
December [8]  46/25 47/4 47/4 47/7 47/9 47/14
47/24 49/5
December 1st [2]  47/4 47/7
December 2nd [3]  47/9 47/14 49/5
decide [2]  5/10 16/4
decided [1]  33/25
decision [4]  34/6 44/14 44/17 45/11
declared [1]  3/13
defendant [24]  1/6 1/15 2/20 3/1 3/4 4/1 4/8
4/13 5/2 5/4 5/6 5/13 5/16 11/2 15/22 19/23
21/15 21/18 21/25 41/4 45/5 45/9 47/19 48/8
defendant's [2]  4/14 9/20
defendants [1]  3/19
defense [5]  17/17 33/7 47/2 48/13 49/11
definition [1]  23/21
delay [1]  4/11
delayed [2]  4/6 5/1
delaying [1]  4/17
deluge [1]  4/19
depending [1]  34/19
depiction [3]  21/20 21/22 21/24
depictions [1]  23/7
deprive [1]  34/21
deputy [1]  14/2
detain [1]  48/8
determination [2]  20/23 31/18
determine [4]  17/3 31/4 33/17 36/22
determined [3]  36/3 36/14 38/19
determining [2]  30/23 31/3
devices [1]  30/12
did [15]  6/25 11/20 13/3 13/5 13/17 17/23
21/18 23/5 24/21 26/25 27/1 41/3 42/4 48/16
48/18
didn't [2]  8/16 9/15
different [2]  21/14 22/11
directly [1]  22/20
disagreement [1]  48/10
discretion [2]  34/1 38/19
discuss [3]  10/19 20/14 25/4
discussed [2]  30/19 46/22
discussion [1]  11/12
discussions [1]  31/9
disease [1]  48/20
dismissed [1]  16/21
display [1]  21/19
distribute [1]  21/20
district [16]  1/1 1/1 1/9 1/20 1/20 17/2 22/12
22/15 23/23 36/19 41/17 43/3 43/9 43/11 50/4
50/5
districts [2]  4/3 4/3
do [97]
doctor [1]  48/22
document [2]  21/3 25/9
does [11]  5/6 5/8 11/1 15/24 18/12 25/23 26/16
30/20 35/19 46/16 47/4
doing [7]  6/5 14/4 15/15 27/1 40/12 45/13 48/3
don't [13]  6/7 12/14 12/23 14/12 14/17 16/8
26/9 40/5 42/22 43/11 43/18 43/25 48/7
done [4]  23/18 38/24 41/6 46/12
doubt [1]  18/12
down [1]  2/16

**E**

drug [3]  7/25 9/17 29/16
drugs [1]  7/25
due [1]  3/13
during [4]  3/5 11/7 12/12 23/14

**E**

earlier [2]  31/25 46/15
early [3]  11/22 23/14 34/13
efficient [1]  4/23
either [1]  26/12
electronic [1]  30/12
electronically [1]  42/13
elements [3]  21/8 21/14 22/6
else [12]  6/8 8/18 11/4 12/5 15/13 15/15 15/19
40/9 40/23 41/13 44/1 49/8
email [2]  42/24 42/25
emailed [3]  42/15 42/18 42/19
emergency [2]  3/12 3/13
emotional [1]  7/6
employed [1]  38/9
encouraged [1]  23/1
end [1]  47/1
engaged [2]  21/21 22/10
engaging [1]  21/23
English [1]  6/22
ensued [2]  15/9 24/14
ensure [1]  6/16
ensuring [1]  4/23
enter [8]  2/21 5/10 6/4 10/20 16/1 16/4 18/9
44/15
entered [1]  36/12 37/23 46/17
entering [4]  40/3 44/23 45/1 45/11
entire [3]  25/23 26/16 40/14
entitled [1]  41/24
equaled [1]  23/3
errors [1]  46/1
ESQUIRE [2]  1/11 1/15
estimate [3]  32/7 32/9 32/14
estimated [1]  32/15
evaluation [4]  9/23 10/9 46/7 46/14
even [2]  32/18 47/1
event [1]  41/5
ever [4]  7/5 7/21 14/2 43/20
everybody [1]  14/16
everyone [1]  2/12
everything [1]  41/6
evidence [9]  16/21 17/4 17/21 17/23 17/25 18/4
18/11 22/10 26/25
exactly [1]  40/16
examine [1]  17/12
except [1]  36/3
exception [1]  3/6
exchange [2]  21/19 22/18
exchanged [1]  22/19
excuse [1]  11/3 11/3
exhibit [1]  42/17
exist [2]  26/6 26/7
existing [1]  4/18
exists [1]  30/10
expected [2]  36/23 36/25
explain [2]  16/4 28/18
explained [6]  19/3 19/12 20/10 23/2 31/25
45/18
explains [1]  3/11
explicit [3]  21/21 21/23 23/6
extended [1]  3/23
extent [1]  36/3

**F**

fact [3]  15/4 23/5 24/21
factors [3]  31/7 38/17 38/21
facts [4]  10/23 22/4 23/13 33/21
factual [6]  20/24 21/4 21/9 24/4 24/18 45/14
fail [1]  29/8
fall [2]  30/20 35/19

**F**

false [1]  6/1
far [2]  42/8 43/13
faster [1]  42/17
father [1]  47/22
FCRR [1]  1/19
February [1]  22/14
federal [6]  3/3 3/15 4/3 4/19 23/21 34/10
felony [9]  3/2 3/5 3/18 3/21 3/24 16/13 29/16
29/21 34/18
few [3]  3/11 6/14 16/7
figure [1]  41/8
file [2]  41/6 42/16
filed [3]  20/4 27/20 42/13
finally [2]  4/4 42/4
find [6]  4/4 20/2 30/1 30/10 43/19 45/16
finding [2]  34/21 45/7
findings [1]  3/1
fine [4]  28/7 28/12 33/1 35/25
fines [1]  28/23
finish [1]  15/5
firearm [1]  34/23
first [5]  11/11 11/13 21/15 46/25 47/3
five [1]  29/2
flexible [1]  48/25
following [3]  4/11 15/9 24/14
forced [2]  17/24 40/2
foregoing [1]  50/12
foreign [1]  22/2
forfeit [1]  30/6
forfeiture [3]  30/14 35/25 38/1
form [1]  19/19
forth [2]  41/19 43/16
forward [3]  4/14 5/3 42/25
forwarded [1]  42/22
found [5]  3/12 3/17 29/13 29/14 34/19
four [7]  16/12 20/11 20/18 21/8 21/14 44/20
45/16
fourth [2]  1/12 21/24
Franklin [6]  5/13 14/6 14/7 42/19 42/23 42/24
frankly [2]  34/3 39/12
free [2]  44/24 45/14
Friday [1]  11/21
full [1]  6/18
fully [3]  6/16 20/14 45/10
functioning [1]  3/15
further [5]  4/6 4/11 5/1 11/12 50/12

**G**

gain [1]  28/8
general [1]  20/14
generally [4]  3/16 11/18 18/22 45/24
generate [1]  4/19
get [7]  12/15 13/25 15/1 41/6 41/7 44/11 48/22
getting [2]  12/14 41/4
girl's [1]  8/15
give [6]  8/2 19/2 19/9 39/3 45/22 48/5
given [3]  6/12 16/9 46/3
giving [2]  18/22 35/9
go [9]  6/25 11/6 15/1 17/7 22/6 31/16 42/4
44/16 48/20
goes [1]  31/13
going [13]  6/3 13/7 13/18 25/22 30/18 39/3
39/15 43/9 43/15 44/15 46/5 46/7 46/7
gone [2]  37/25 40/18
good [5]  2/11 31/10 34/12 45/24 47/6 47/7
49/14
government [25]  1/11 2/4 12/11 20/25 21/10
22/5 24/22 25/14 25/21 25/25 26/3 26/13 26/17
27/17 28/12 30/13 33/5 33/7 33/20 35/3 35/5
47/1 47/6 48/10 49/8
government's [2]  16/20 18/11
greater [1]  35/23
group [11]  22/16 22/17 22/18 22/22 22/24
22/24 23/1 23/2 23/8 23/9 23/15
groups [2]  22/11 22/13
guideline [5]  31/19 32/19 32/25 33/25 36/22

**G**

guidelines [14]  29/18 30/22 31/1 31/6 31/21 32/4 32/18 33/18 34/3 34/4 34/7 38/16 38/17 38/20
guilt [3]  17/25 18/12 19/6
guilty [43]  1/8 2/21 3/2 3/4 4/9 5/10 6/5 16/16 17/3 17/3 18/5 18/9 18/22 19/1 19/1 19/25 20/22 20/24 27/22 27/25 34/17 34/19 34/25 35/18 36/25 37/7 39/2 39/7 39/18 39/23 40/3 41/20 44/15 44/20 44/21 44/22 44/24 45/2 45/2 45/5 45/15 45/16 50/7

**H**

had [18]  10/12 10/18 10/22 14/2 20/13 21/25 22/22 23/15 23/15 23/16 23/18 25/3 25/13 26/21 33/5 33/20 37/23 50/7
hand [1]  5/15
happened [1]  13/1
happening [3]  8/10 9/10 9/14
happy [2]  14/17 42/16
harm [2]  4/6 4/25
has [31]  3/10 3/12 3/14 3/17 3/23 5/4 7/14 10/2 11/22 13/2 13/9 13/11 20/9 24/22 25/13 30/19 30/22 34/10 38/24 39/5 39/17 39/22 40/2 41/17 42/8 42/9 43/2 43/5 43/8 44/6 46/21
hasn't [1]  10/7
have [105]
head [3]  2/13 8/5 8/6
health [1]  3/22
hear [9]  2/12 2/14 11/11 11/12 12/8 12/19 13/3 13/17 31/17
heard [2]  24/1 39/11
hearing [10]  4/18 5/1 5/7 12/14 12/19 14/1 14/8 15/17 46/1 46/3
hearings [1]  4/19
help [1]  18/18
helpful [1]  7/15
her [20]  2/13 4/15 4/16 12/14 12/14 13/4 13/18 13/18 13/25 15/8 15/23 19/23 22/13 23/20 23/22 24/13 43/9 43/15 45/14 45/15
here [15]  2/24 3/7 8/10 9/10 21/13 31/4 31/25 32/11 34/4 35/8 39/16 39/20 39/25 42/23 48/8
hereby [1]  50/5
hereto [1]  50/17
herself [1]  23/7
higher [2]  29/16 36/23
history [5]  31/10 32/16 32/16 32/17 32/19
hold [3]  14/10 34/22 42/12
holding [1]  3/20
holiday [1]  46/21
Honor [59]
Honor's [1]  14/22
HONORABLE [1]  1/8
hope [1]  48/21
hopefully [2]  48/23 48/24
how [5]  6/20 6/25 32/4 44/19 47/4
however [3]  3/5 21/2 47/20

**I**

I'd [1]  48/1
I'll [1]  9/8
I'm [22]  5/11 6/3 8/11 8/13 8/16 9/24 9/25 9/25 11/16 14/4 24/8 26/8 29/13 30/18 30/19 31/21 39/3 39/21 41/7 42/16 48/20 48/21
I've [7]  14/2 14/15 33/19 33/25 37/25 41/6 44/6
idea [2]  31/10 45/24
ideally [1]  48/1
illness [2]  7/5 7/17
image [2]  23/20 23/22
images [2]  23/8 23/16
immediately [1]  11/19
impacted [1]  32/21
importance [1]  4/23
importantly [1]  6/10
impose [8]  31/21 34/1 34/11 35/5 35/11 36/24

**39/6 39/10**

imposed [2]  35/23 36/12
impossible [1]  34/4
imprisonment [8]  28/1 28/4 28/13 32/20 34/6 35/23 35/25 36/4
improper [1]  35/6
inaccurate [1]  21/1
included [2]  23/6 23/17
including [4]  34/22 35/17 35/24 38/25
incriminate [2]  17/24 19/5
incrimination [1]  19/24
indefinitely [1]  4/10
indictment [6]  16/12 20/6 20/10 20/18 44/20 45/17
indigent [2]  30/2 41/4
individual [4]  23/19 37/17 42/6 42/7
ineffective [1]  36/6
infer [1]  18/5
influence [1]  9/17
information [1]  45/22
information [1]  45/11
inject [1]  13/1
innocent [1]  18/10
insofar [1]  35/15
instead [1]  44/15
intelligently [1]  6/6
intend [1]  21/10 26/25
intended [1]  26/22
intention [2]  43/18 44/2
interacting [1]  22/13
interest [5]  4/6 4/12 4/13 4/25 28/23
interested [1]  15/15
interfere [1]  9/13
Internet [3]  22/3 22/22 23/19
interstate [1]  22/1
interviewed [1]  45/21
investigate [1]  10/23
investigation [1]  45/18
investigator [2]  40/13 41/3
invited [2]  22/21 22/24
involved [2]  21/22 34/20
involves [1]  27/6
involving [1]  23/13
is [123]
issue [7]  2/25 11/22 14/23 26/24 48/6 48/8 48/23
issued [1]  30/22
it [53]
it's [8]  10/5 11/14 11/15 27/5 32/8 32/10 34/6 42/1
iterations [1]  3/10

**J**

jail [6]  2/17 7/11 12/13 13/3 13/25 40/15
jeopardy [1]  3/22
JOHN [1]  1/8
join [1]  15/13
judge [5]  1/9 3/9 3/17 3/23 13/5
judges [2]  3/23 30/23
judicial [1]  3/12
June [1]  50/18
jurisdiction [1]  34/20
jury [7]  16/25 17/2 17/5 19/15 19/20 19/23 34/23
just [23]  3/11 11/10 12/8 12/21 13/5 13/13 13/15 14/15 14/18 15/12 15/21 19/2 27/6 30/10 32/9 37/11 38/14 39/2 40/11 41/15 41/16 41/25 43/10
justice [4]  4/7 4/14 4/24 4/25

**K**

keep [2]  2/15 38/7
keeps [1]  2/16
KIK [5]  22/11 22/13 22/22 23/15 23/20
kind [2]  9/12 27/14
Kira [4]  1/15 1/15 2/9 12/6

**knew [2]**  13/18 21/25
know [19]  8/6 9/17 11/20 12/22 16/7 20/25 21/25 27/7 39/10 40/12 40/13 40/20 43/13 43/14 43/20 45/4
knowingly [3]  6/5 20/2 21/15
known [1]  10/8
knows [1]  27/7

**L**

language [1]  6/23
larger [1]  37/18
last [3]  25/8 38/1 48/6
late [2]  12/13 46/20
later [6]  5/21 41/20 42/1 43/19 46/21 48/4
law [5]  1/15 10/23 18/10 35/15 38/15
laws [1]  16/24
lawyer [9]  17/8 17/12 18/18 20/9 24/6 24/9 25/4 25/13 40/6
lawyers [2]  37/6 39/11
least [2]  29/2 40/19
leaves [1]  48/6
less [1]  34/2
let [12]  6/8 6/11 8/17 11/10 11/12 12/8 15/12 16/7 20/25 24/3 30/10 44/13
let's [4]  6/17 14/25 47/3 47/9
letter [10]  14/21 24/24 25/1 42/5 42/8 42/9 42/13 44/6 44/7 44/10
level [3]  32/11 32/15 32/18
levels [2]  32/11 32/14
life [5]  4/16 29/2 32/19 34/5 38/7
light [1]  4/21
lighter [1]  29/3
like [5]  22/7 48/1
limited [2]  35/17 35/24
line [10]  11/8 12/18 12/24 13/24 14/18 14/19 15/14 15/16 15/18 15/19
Lisa [4]  1/19 50/3 50/21 50/22
listen [4]  14/16 14/18 16/6 20/24
little [1]  31/25
living [1]  22/15
long [2]  35/22 42/8
look [5]  34/4 47/3 47/5 47/6 47/7
looking [1]  46/20
loss [2]  28/8 28/18
lot [3]  9/3 39/15 41/1
lowest [1]  32/17

**M**

machine [2]  50/6 50/14
made [12]  10/7 19/25 20/3 21/16 21/16 23/4 28/24 37/5 37/6 39/5 39/17 39/22
maintain [1]  37/17
make [17]  3/1 6/4 8/2 9/3 16/5 20/23 25/19 26/5 26/8 28/16 31/14 31/18 42/1 43/10 44/14 44/16 46/1
makes [1]  46/25
making [7]  6/1 25/20 25/21 26/12 26/13 27/10 45/10
mandatory [7]  28/3 31/1 32/1 32/22 32/24 33/6 43/8
manner [2]  36/2 36/14
manual [1]  31/1
manufactured [2]  23/22 23/23
mask [2]  8/18 8/21
materially [2]  3/14 3/15
matter [2]  10/24 40/24
maximum [5]  27/25 28/7 31/24 32/22 32/23
may [19]  4/15 5/21 11/5 11/5 11/18 12/25 25/15 28/18 30/5 31/9 31/11 38/8 40/24 41/9 42/2 42/2 44/11 45/23 46/10
maybe [2]  8/17 46/25
me [34]  6/8 6/12 8/17 9/1 9/24 10/8 11/3 11/3 11/10 11/12 12/8 13/6 15/12 16/7 16/7 19/7 20/25 22/7 22/24 30/10 31/13 38/18 40/6 42/9 42/22 42/25 43/8 43/15 44/13 45/20 47/8 48/5 48/6 48/23

**M**

mean [6] 14/7 43/22 43/23 46/13 46/20 47/15
means [3] 17/1 22/2 29/5
mechanical [1] 1/24
medical [4] 9/22 10/8 41/1 46/11
medication [1] 9/12
member [1] 12/19
members [4] 22/18 23/2 23/9 25/14
memos [1] 47/25
mental [1] 7/5
mentally [1] 16/1
mention [1] 41/21
message [1] 13/1
met [1] 23/20
might [3] 8/6 15/15 32/4
minimum [5] 28/4 32/24 33/6 38/6 43/7
minor [6] 21/20 21/23 23/16 37/14 41/22 42/6
minutes [2] 11/23 16/7
Missouri [7] 7/3 23/24 27/2 27/7 41/17 43/3 43/12
modest [1] 34/12
modify [1] 36/13
moment [4] 15/19 24/7 24/10 49/4
money [1] 28/17
months [6] 33/6 33/8 35/23 36/4 41/5 41/5 34/2 36/24
more [9] 7/4 8/11 8/14 29/2 29/15 31/24 33/5 34/2 36/24
morning [5] 2/11 11/22 14/8 14/22 42/5
most [4] 3/10 6/10 6/15 19/11
mother [1] 13/2
motion [1] 41/6
move [3] 4/14 4/15 5/3
Mr [1] 42/19
Mr. [1] 42/23
Mr. Bradley [1] 42/23
Ms [20] 5/12 5/14 6/20 8/8 9/25 9/25 13/6 14/7 14/9 15/8 15/10 19/15 19/19 22/14 24/13 26/8 41/18 43/4 43/12 44/13
Ms. [74]
Ms. Addams [1] 11/9
Ms. Bailey [34] 2/12 2/20 5/10 5/17 10/11 11/10 11/13 11/18 11/20 12/8 12/13 13/21 14/12 16/4 19/9 20/5 21/5 22/10 23/7 23/11 23/15 24/1 24/19 25/1 26/21 27/21 33/9 33/16 36/21 40/15 40/18 43/21 44/23 46/12
Ms. Bailey's [1] 4/21
Ms. Brittany [1] 2/10
Ms. Franklin [4] 14/6 42/19 42/23 42/24
Ms. Patterson [1] 14/5
Ms. Russo [10] 19/15 21/7 23/25 26/23 27/16 33/14 41/13 43/2 43/8 48/11
Ms. West [22] 2/8 2/22 5/6 9/19 10/22 11/6 11/11 11/13 11/16 12/8 12/9 13/21 14/11 15/1 15/22 26/19 27/9 33/12 40/10 40/21 45/4 48/13
much [3] 2/6 49/10 49/13
multiply [1] 4/18
must [4] 5/12 19/6 31/2 38/15
mute [1] 2/15
my [18] 2/19 5/25 7/13 9/4 13/1 24/6 24/9 34/1 34/6 38/19 40/13 41/2 48/22 49/7 50/6 50/14 50/15 50/17

**N**

name [3] 6/18 38/4 50/18
narcotic [1] 7/22
national [1] 3/13
nature [4] 11/2 15/23 31/11 45/12
NE [1] 1/16
necessary [1] 6/9
need [17] 2/25 2/25 8/17 11/11 13/21 14/17 15/5 16/4 16/8 20/23 25/19 37/11 40/10 40/23 41/14 42/24 47/25
Neither [1] 4/7
neuro [1] 7/12
new [1] 22/22

next [2] 36/10 41/8
nine [37] 29/25 30/1 8/4 8/20 9/19 19/8 17/2 11/8 11/8 11/8 12/3 20/1 26/1 26/2 26/3 26/4 27/13 27/15 32/15 37/1 37/7 39/4 39/8 39/13 40/1 40/4 40/8 41/12 41/24 45/2 45/6 46/18 48/12 48/14 49/9 49/12
nod [2] 8/5 8/6
noise [1] 2/16
nonetheless [3] 32/18 34/6 36/5
normal [1] 46/6
normally [1] 35/4
not [80]
note [2] 33/3 48/16
notereading [1] 1/24
notes [1] 50/14
nothing [1] 31/12
notice [2] 21/17 22/1
Notification [1] 38/5
Notwithstanding [1] 7/17
November [5] 46/20 46/21 47/1 48/4 48/22
November 24th [1] 48/4
now [29] 5/9 5/17 5/18 6/3 7/4 7/14 8/8 13/20 14/4 16/3 16/15 20/5 20/22 24/1 27/21 30/18 32/3 32/21 33/3 33/16 33/24 35/8 36/21 37/10 38/24 44/6 44/10 44/14 46/5
Number [2] 45/9 50/9
NW [2] 1/12 1/21

**O**

oath [3] 5/12 5/13 5/18
object [2] 12/16 31/15
objections [1] 46/1
obligation [3] 28/11 28/22 38/11
obligations [2] 37/21 38/12
observed [1] 52/17
off [2] 8/21 9/2
offender [4] 29/17 38/5 38/6 38/11
offense [23] 16/16 20/18 21/2 21/15 24/3 24/19 27/22 28/9 29/16 29/21 31/11 32/11 32/12 32/15 34/17 34/18 34/19 40/14 40/17 41/19 43/5 43/7 43/17
offenses [1] 30/25
offer [1] 21/19
office [11] 1/11 1/15 31/12 33/20 33/22 34/23 39/11 41/17 45/20 45/21 46/16
official [4] 50/3 50/6 50/13 50/22
Oh [1] 8/23
okay [10] 2/18 8/7 8/23 9/5 9/7 13/13 14/13 15/7 26/5 46/19
old [1] 6/20
once [2] 4/20 31/20
one [14] 2/21 4/9 5/10 8/11 8/14 13/16 14/10 16/4 18/9 23/19 40/11 40/24 43/1
only [3] 4/12 14/23 35/3
open [2] 39/20 39/25
opinion [2] 11/1 15/22
opportunity [4] 10/18 20/13 33/21 46/4
oral [4] 8/2 24/1 24/4 26/9
order [3] 3/9 19/7 28/16
ordering [1] 28/19
other [21] 3/20 12/17 14/1 19/11 22/2 22/18 23/2 23/8 25/14 27/4 31/6 37/10 37/19 38/9 38/17 38/21 39/1 39/18 39/23 43/19 45/2
otherwise [1] 36/13
our [1] 47/24
out [17] 3/10 14/24 16/22 30/11 30/15 33/1 33/9 35/13 36/6 37/16 37/19 38/10 41/8 41/16 43/19 43/20 46/19
outlines [1] 24/25
outside [1] 31/22
over [8] 22/2 23/19 25/4 31/16 37/25 40/16 40/18 48/3
own [4] 17/16 17/25 44/24 45/14

**P**

page [15] 5/4 21/3 21/3 25/8 25/9 30/10 32/8

32/8 33/4 33/4 35/14 36/18 37/12 38/2 48/9
pages [1] 50/9
pandemic [1] 3/5
paragraph [16] 5/4 30/10 30/15 32/9 33/4 33/4 35/13 36/7 36/11 36/17 37/12 37/20 38/1 38/2 38/10 48/9
Parents [1] 22/17
parole [2] 34/9 34/13
part [1] 44/12
particular [3] 4/4 4/21 46/23
particularly [1] 20/11
parties [1] 14/24
parties' [1] 32/9
party [1] 4/7
passed [1] 3/6
past [2] 4/15 31/10
patient [1] 16/6
Patterson [1] 14/5
pay [5] 28/11 28/12 28/17 28/22 37/13
payment [1] 37/22
pecuniary [1] 28/8
penalties [2] 28/23 29/17
pending [4] 11/2 15/23 24/17 48/7
people [2] 12/24 23/1
perhaps [2] 10/5 25/14
period [7] 28/13 29/10 31/24 32/1 38/7 46/6 47/15
perjury [1] 6/1
permitted [3] 31/21 35/15 45/25
permitting [1] 15/13
person [10] 3/4 3/21 4/7 4/20 13/4 39/1 47/16 47/24 48/17 49/5
personal [2] 6/15 7/4
perspective [1] 49/7
Pfizer [1] 48/21
phone [4] 13/25 14/18 15/16 23/22
physical [1] 40/15
picture [1] 23/17
pictures [1] 23/17
place [4] 5/5 11/23 25/17 46/8
placed [2] 15/8 24/13
plan [2] 14/20 43/25
planning [1] 43/12
plea [89]
plead [50] 3/2 3/4 4/8 9/20 16/15 19/1 34/17 44/19 44/20 45/5
pleading [4] 18/21 27/22 35/18 39/2
pleas [3] 3/18 3/21 3/24
please [10] 2/4 5/13 5/14 6/17 11/13 11/13 12/7 16/6 20/24 22/8
point [5] 15/21 41/16
points [1] 32/16
police [1] 38/25
porn [1] 23/3
pornography [23] 16/13 20/19 21/14 22/18 22/19 22/25 23/5 23/10 23/12 23/21 27/23 37/15 41/23
portions [1] 31/15
pose [1] 3/21
possess [1] 34/23
possible [2] 34/12 34/24
possibly [1] 41/7
preceding [2] 11/19 36/18
prepare [1] 18/18
prepared [3] 2/21 4/8 45/19
present [8] 2/10 3/4 17/16 17/21 17/23 17/25 25/16 45/23
presentence [4] 31/13 33/19 45/18 45/25
presently [1] 9/16
President [1] 3/14
presumably [1] 31/16
presumed [1] 18/10
pretty [1] 31/9
prevent [2] 8/9 9/9
printed [2] 21/16 21/16
prior [2] 32/15 42/9 42/10 47/18

**P**

prison [3]  29/6 29/10 34/11
private [2]  13/22 14/14
privately [2]  6/13 16/10
probably [2]  19/4 48/2
probation [8]  28/14 31/12 33/19 33/22 39/11 45/19 45/21 46/16
problems [1]  7/6
Procedure [1]  3/3
proceed [5]  2/25 14/25 15/20 22/7 24/16
proceeding [6]  4/8 5/7 5/22 12/20 47/16 49/5
proceedings [13]  1/24 2/12 3/18 4/20 6/8 6/10 7/19 10/4 49/8 49/16 50/7 50/13 50/15
produce [1]  21/19
produced [1]  1/24
production [6]  21/22 23/12 23/13 26/23 27/2 37/15
promise [2]  26/3 43/4
promised [1]  39/1
promises [7]  25/20 26/4 26/6 27/10 39/5 39/18 39/22
proper [2]  31/4 36/22
properly [1]  30/13
property [2]  30/6 30/14
proposed [1]  40/7
proposing [1]  34/17
prosecute [4]  41/18 43/4 43/9 43/15
prosecuted [1]  6/1
prosecuting [2]  43/12 43/21
prosecutor [2]  25/13 31/8 38/25
prove [4]  18/11 21/10 22/5 24/22
provided [3]  29/17 41/19 43/17
provider [1]  46/11
provides [1]  3/6
provision [4]  30/9 37/16 38/1 38/2
provisions [5]  33/18 37/11 37/19 38/9 38/21
psychological [2]  7/6 46/14
psychologist [1]  7/13
psychosexual [1]  46/14
public [11]  3/22 4/13 11/8 12/17 12/18 12/19 12/24 14/18 15/16 15/17 34/22
published [2]  21/16 21/17
pull [1]  8/18
purpose [1]  23/18
pursuant [1]  38/4
put [3]  18/4 41/3 44/3
puts [1]  14/2

**Q**

question [13]  6/7 8/15 8/17 9/8 9/19 13/14 13/16 13/17 13/20 24/17 26/22 27/3 47/17
questions [9]  5/11 5/12 5/25 6/4 6/14 6/15 6/15 7/4 9/4
quick [1]  41/15
quiet [2]  11/13 12/8
quite [2]  34/3 39/12

**R**

raise [1]  5/14
range [8]  31/11 31/19 31/22 31/23 32/19 32/25 33/1 36/22
ranges [1]  30/24
RDR [1]  1/19
read [14]  6/22 12/1 12/3 20/9 24/2 25/3 39/21 40/15 42/8 42/9 42/13 44/6 44/10 45/25
reading [1]  27/7
ready [4]  15/10 24/16 44/14 44/16
reason [4]  19/22 21/25 45/2 45/4
reasonable [1]  18/12
reasonably [1]  4/1
reasons [1]  4/5
receive [2]  21/19 27/25
received [6]  10/8 14/21 20/6 33/19 42/5 42/24
receiving [1]  42/16
recent [1]  3/10

Recently [1]  7/9
recitation [1]  3/21
recognized [1]  48/9
recommend [1]  45/23
recommendation [1]  37/5
record [9]  2/5 6/18 12/21 13/19 15/13 20/4 27/20 28/18 44/5
recorded [1]  1/24
records [1]  41/1
reduced [1]  32/13
reduction [1]  34/12
reference [2]  23/12 27/1
referenced [2]  26/23 44/7
referring [1]  31/5
Reform [1]  30/20
regard [2]  40/25 43/2
register [1]  38/6
registration [3]  38/5 38/8 38/11
release [5]  28/13 29/1 29/6 36/1 36/2
released [2]  34/13 48/7
relevant [1]  10/3 10/5 31/6 38/17 38/21
remaining [1]  14/23
repeat [3]  6/9 8/13 38/14
report [6]  31/13 33/19 45/19 45/22 45/25 46/2
reported [2]  33/21 50/6
reporter [5]  1/19 8/6 50/1 50/3 50/22
represented [1]  17/8
reproduce [1]  21/20
request [2]  33/7 37/18
requested [3]  46/7 46/15 46/17
requesting [2]  4/7 23/4
require [4]  3/19 4/14 17/17 30/6
required [7]  5/11 7/18 22/25 29/21 38/6 45/21 48/8
requires [1]  3/3
reside [1]  38/8
respect [4]  3/14 37/22 38/11 48/25
respond [1]  13/5
responded [1]  13/17
response [1]  8/3
responses [1]  9/3
responsibility [1]  32/14
restitution [10]  28/17 28/23 35/25 37/13 37/13 37/18 37/21 37/22 41/21 41/24
restricted [1]  43/6
resulting [1]  32/14
resume [2]  4/20 15/10
retain [1]  36/5
return [1]  44/13
review [2]  10/23 30/18
right [72]
rights [10]  6/16 16/5 18/22 19/2 19/10 19/10 19/11 34/21 35/9 36/8
RMR [1]  1/19
room [8]  8/18 11/24 14/3 14/13 15/1 15/9 24/12 24/14
roughly [1]  46/20
routine [2]  6/14 6/17
Rule [3]  3/3 3/6 3/18
rules [3]  22/25 29/7 29/9
RUSSO [12]  1/11 2/6 19/15 21/7 23/25 26/23 27/16 33/14 41/13 43/2 43/8 48/11

**S**

S.O.R.N.A [1]  38/4
safely [1]  4/20
safety [1]  3/22
said [9]  11/9 12/16 14/16 26/1 26/4 26/24 50/9 50/13 50/15
same [1]  23/14
satisfied [4]  3/8 10/15 15/16 42/8
saw [1]  7/12
say [5]  8/11 8/14 14/12 43/14 48/16
saying [2]  17/17 29/14
says [4]  9/2 13/2 21/1 26/2
schedule [1]  46/5 46/10 47/15 47/16

scheduled [1]  47/24
scheduling [1]  39/7
school [1]  6/25
scope [2]  35/19 43/20
screen [1]  13/2
seal [1]  42/16
second [3]  11/10 14/10 21/17
Section [4]  20/20 27/24 29/25 38/21
see [1]  8/6
seeing [1]  8/15
seek [1]  33/5
seeked [1]  21/18
seeking [1]  16/20
seen [1]  25/1
seized [2]  30/12 30/13
seizure [1]  30/14
self [1]  19/24
self-incrimination [1]  19/24
sending [1]  19/4
sense [2]  27/6 46/25
sensitive [1]  48/25
sent [5]  13/6 13/16 13/16 29/5 29/9
sentence [31]  4/15 28/1 28/4 30/23 31/3 31/5 31/21 31/23 32/22 32/23 33/5 33/8 33/17 34/1 34/2 34/5 34/11 35/4 35/6 35/10 35/22 35/22 36/3 36/4 36/12 36/13 36/24 38/19 39/3 39/6 39/10
sentenced [1]  34/11
sentencing [32]  4/10 4/12 4/17 10/5 29/18 30/2 30/20 30/21 30/24 31/6 31/11 31/17 31/19 31/20 31/22 32/4 32/22 37/5 37/6 38/16 38/20 44/11 44/12 45/20 46/1 46/2 46/5 46/23 47/25 47/25 48/7 48/17
September [3]  1/5 44/7 50/10
September 6 [1]  44/7
serious [3]  3/21 4/6 4/25
serve [2]  34/11 34/23
services [1]  10/16
set [13]  22/24 30/15 30/25 33/1 33/9 35/13 36/2 36/6 37/16 37/19 38/10 41/19 43/16
sets [1]  30/11
several [1]  22/11
severe [3]  34/2 34/2 36/24
sex [3]  38/4 38/6 38/11
sexually [3]  21/21 21/23 23/6
shaking [1]  2/13
share [6]  22/25 23/1 23/3 23/5 26/22 26/25
shared [2]  23/6 23/7
she [35]  2/13 4/15 5/8 11/9 12/15 13/9 13/11 15/24 22/13 22/15 22/17 22/17 22/18 22/19 22/21 22/22 22/23 22/24 23/2 23/3 23/4 23/15 23/16 23/18 23/21 23/24 26/22 26/23 26/25 27/1 27/1 40/15 45/11 45/13 45/13
she's [2]  25/15 40/18
shorthand [3]  38/4 50/6 50/14
shot [1]  48/21
should [9]  4/5 4/9 10/20 11/24 12/23 12/24 19/23 45/5 48/4
show [1]  22/10
sick [2]  8/8 9/9
side [3]  26/9 27/4 27/13
sign [1]  9/1
signature [2]  21/4 25/9
signed [5]  19/14 19/18 20/3 24/3 26/2
similar [1]  23/8
since [2]  11/21 39/10
sir [31]  6/24 7/7 7/20 8/1 8/4 16/14 16/18 16/23 17/6 17/10 17/14 17/19 18/2 18/7 18/20 18/24 19/8 19/13 24/20 24/23 25/2 25/5 25/11 33/10 33/23 38/13 40/11 44/18 44/25 45/3 49/6
sit [1]  17/2
situation [1]  4/22
so [40]  2/6 2/19 4/14 5/12 6/5 6/9 6/12 9/6 9/8 11/5 13/6 13/9 13/23 14/8 15/15 15/15 15/18 15/21 16/9 22/9 23/5 23/9 23/18 24/3 25/22 26/15 27/9 28/19 35/22 40/18 41/5 41/7 42/22

**S**

so... [7] 43/9 46/19 47/23 48/3 48/3 48/22 48/25
some [8] 6/3 6/15 23/16 35/3 41/1 43/19 46/6 46/22
somebody [1] 12/11
someone [3] 11/4 12/5 13/16
something [1] 30/18
sorry [7] 8/12 8/13 8/16 9/24 24/8 39/13 39/21 24/9 42/6 43/14 43/23 46/4
speak [11] 11/16 11/16 11/16 11/19 11/20 12/12 24/6 24/9 42/6 43/14 43/23 46/4
speaking [1] 14/20
special [2] 29/20 30/1
specific [4] 4/5 30/24 32/12 34/20
specifically [1] 26/2
staff [1] 3/20
standing [1] 3/9
start [1] 6/17
started [4] 11/23 22/14 22/22 23/15
Starting [1] 2/4
state [5] 2/5 6/18 15/12 21/8 23/24
stated [6] 12/20 24/22 33/11 39/20 39/25 43/2
statement [11] 6/1 21/2 21/4 22/4 24/2 24/18 40/14 40/17 41/19 43/7 43/17
STATES [14] 1/1 1/3 1/9 1/11 1/20 2/3 2/7 16/25 27/10 30/15 30/21 45/8 50/4 50/8
statute [3] 29/22 35/17 35/20
statutes [1] 29/17
statutory [6] 31/24 32/1 32/22 32/23 33/18 38/20
stenography [1] 1/24
still [8] 14/21 31/21 33/25 36/25 37/7 37/17 41/23 46/10
stop [1] 41/7
Street [2] 1/12 1/16
stress [1] 4/10
student [1] 38/9
subject [9] 28/3 28/7 28/16 29/1 29/16 29/20 29/25 30/14 32/25
submit [1] 48/4
submits [1] 31/12
submitted [1] 48/1
subpoena [2] 17/17 41/3
subpoenaed [1] 41/1
subscribed [1] 50/17
such [3] 10/8 35/15 48/25
sufficient [4] 10/12 10/22 28/12 29/10
suggest [2] 18/5 34/5
suggested [1] 39/2
summarize [2] 18/25 21/9
summary [2] 24/4 24/18
supervised [3] 28/13 29/1 36/1
supervision [1] 29/7
supposed [1] 14/7
suppressed [1] 16/22
sure [9] 6/4 8/2 16/5 25/19 26/5 26/8 30/19 42/1 43/10
surprising [1] 42/1
sustained [1] 28/18
sworn [1] 5/16

**T**

taboo [2] 22/16 22/23
take [7] 8/21 9/2 9/18 12/9 16/7 38/15 46/8
taken [4] 23/15 23/16 25/17 50/14
takes [1] 46/22
taking [2] 5/5 40/10
talk [2] 12/2 12/4
talked [2] 25/15 32/3
tape [1] 50/15
team [1] 25/14
teleconference [1] 3/24
teleconferencing [1] 3/25
telephone [2] 3/25 15/18
tell [1] 44/2
term [4] 28/13 29/2 35/24 35/25

terms [3] 22/4 25/10 40/19
testify [7] 17/4 17/5 17/6 17/21 17/22 18/3 18/3
testimony [1] 50/7
than [12] 12/17 27/4 29/2 31/24 33/5 34/2 35/23 36/23 36/24 39/19 39/23 48/4
Thank [3] 2/6 2/19 11/17 13/23 14/5 14/12 22/9 23/25 40/21 49/3 49/9 49/13 49/15
Thanksgiving [2] 48/2 48/3
that [327]
that's [15] 10/3 11/3 11/9 12/21 21/2 23/9 33/6 35/13 36/6 43/16 43/20 44/1 44/5 44/7 47/9
their [3] 43/4 43/25 44/2
them [23] 16/6 17/17 17/17 22/24 22/25 23/3 41/2 41/7 43/14 43/23 48/1 48/3 48/4
then [23] 6/14 6/15 8/17 11/11 12/9 15/6 21/9 23/7 23/24 25/14 26/4 29/6 29/9 31/16 32/13 34/19 36/17 38/1 40/16 42/6 47/25 48/21
there [32] 4/5 4/24 6/14 8/18 10/2 13/1 15/16 19/3 19/4 19/22 21/14 22/11 26/1 26/24 27/4 27/5 27/13 30/24 32/11 37/10 37/19 38/9 40/5 40/9 40/24 41/22 42/1 42/2 43/19 45/14 46/6 48/7
there's [10] 6/14 9/1 9/22 12/5 15/14 20/23 26/3 26/4 39/15 41/24
therefore [4] 3/20 4/21 45/7 45/15
these [9] 2/12 6/8 7/18 10/3 22/6 22/13 23/17 23/20 49/8
they [20] 14/17 14/17 14/19 14/22 17/1 23/5 23/6 31/1 31/1 31/2 32/4 34/5 42/10 42/21 42/22 43/14 43/15 43/18 43/23 43/24
They're [2] 30/25 38/18
they've [1] 14/16
thing [1] 40/11
things [2] 41/15 48/25
think [13] 9/6 13/21 15/21 21/1 30/9 42/7 42/10 43/11 43/18 46/10 46/24 48/7 48/8
third [2] 21/3 21/21
this [75]
those [14] 5/12 18/4 23/4 25/15 29/8 34/24 36/7 37/21 38/12 38/17 39/19 39/23 46/16 47/6
though [1] 2/15
threatened [1] 40/2
three [2] 21/3 32/14
three-page [1] 21/3
through [4] 17/12 18/11 31/9 36/14
thrown [1] 16/22
Thursday [1] 47/10
tied [1] 12/12
ties [1] 27/3
time [20] 4/15 6/11 7/25 8/11 8/14 9/20 10/12 10/23 12/17 12/17 16/1 22/15 29/10 30/2 31/17 34/12 39/9 44/12 46/22 48/5
timeframe [1] 23/14
timely [1] 28/24
Title [4] 20/19 27/23 29/24 38/22
today [7] 5/11 6/5 8/10 9/10 18/9 39/25 45/11
together [1] 50/14
told [2] 43/15 48/22
took [3] 11/23 23/21 40/14
total [1] 32/12
touch [2] 37/11 38/2
touched [1] 14/15
transcript [3] 1/8 1/24 50/13
transported [1] 22/1
treated [3] 7/5 7/21 7/23
treatment [3] 7/10 7/14 7/18
trial [20] 16/25 17/5 17/7 17/9 17/11 17/18 17/20 18/4 18/13 18/16 19/3 19/10 19/12 19/15 19/19 19/23 21/11 22/6 24/22 44/16
true [4] 4/2 21/5 24/4 24/19
truthful [1] 45/22
truthfully [1] 5/25
trying [3] 26/8 41/7 48/20
twice [2] 28/8 40/19
two [1] 29/15
type [1] 7/5

**U**

U.S [4] 20/20 27/23 29/24 41/16
ultimately [1] 38/18
uncertain [1] 47/15
unconstitutional [1] 35/18
under [15] 3/7 3/18 5/12 5/18 9/16 16/24 29/7 29/24 32/25 33/18 35/2 36/12 38/15 38/21 42/16
undercover [4] 22/12 22/16 22/20 22/21
undergo [1] 4/10
understand [70]
Understandable [1] 47/23
understanding [5] 2/20 8/9 9/10 25/24 26/16
understands [2] 15/23 45/12
understood [1] 43/10
unfortunately [4] 11/18 12/13 41/2 48/20
Unit [1] 1/16
UNITED [14] 1/1 1/3 1/9 1/11 1/20 2/3 2/7 16/25 27/10 30/15 30/21 45/8 50/4 50/8
unlawful [1] 35/6
unless [5] 18/8 28/18 30/1 42/21 43/18
until [10] 7/13 12/15 13/7 13/18 14/13 18/8 18/12 31/12 33/18 46/16
unusual [1] 27/5
up [15] 11/22 12/12 15/6 18/22 19/2 19/10 22/25 28/1 28/8 35/9 38/7 40/24 41/9 41/10 46/22
upon [4] 17/3 29/6 31/10 50/7
us [1] 14/2
use [1] 21/22
used [3] 5/21 18/5 34/13
users [2] 22/24 23/4

**V**

vagina [1] 23/17
valuable [1] 34/21
various [1] 3/10
venue [1] 36/18
versus [2] 3/3 45/8 50/8
very [4] 43/20 47/1 49/9 49/13
via [2] 2/10 3/2
victim [7] 23/16 28/17 37/14 37/14 41/22 42/2 42/6
victim's [1] 13/2 47/22
victims [1] 41/23
video [5] 2/10 2/24 3/2 3/24 3/25 5/3 5/5 5/7 12/23 13/7 14/17 15/14 15/19 40/12 40/18
videos [2] 23/6 23/8
videotape [1] 40/16
view [1] 10/4
violation [2] 20/19 27/23
violence [1] 29/15
virtual [1] 47/18
visual [3] 21/20 21/22 21/24
voice [1] 42/10
voluntarily [4] 6/5 20/3 44/24 45/13
vote [1] 34/22

**W**

waive [4] 19/4 19/23 35/15 35/21
waived [2] 36/10 36/18
waiver [4] 19/14 20/2 20/4 35/15
waivers [1] 36/7
waiving [1] 19/19
want [9] 11/20 14/22 17/23 26/5 38/2 40/6 42/4 44/16 47/22
wanted [13] 12/11 12/22 13/4 17/22 40/11 40/13 40/20 41/8 41/16 41/21 41/25 42/10 43/10
wants [2] 14/16 42/6
warn [1] 36/23
was [41] 3/11 7/8 7/10 8/14 11/18 12/12 12/13 12/13 12/15 13/3 13/6 13/13 14/7 15/21 21/17 21/24 22/10 22/11 22/12 22/13 22/14 22/15 22/16 22/17 22/23 23/19 23/22 23/23 23/24

**W**

was... [12] 24/17 26/1 26/24 26/25 27/1 36/3
36/14 40/15 41/3 43/6 46/14 46/15
Washington [4] 1/4 1/12 1/17 1/21
wasn't [2] 7/23 13/18
way [5] 8/9 9/9 15/20 22/5 40/3
we [29] 3/9 5/2 6/8 11/11 11/12 12/16 12/20
12/23 15/5 15/11 19/14 24/24 30/9 32/1 32/7
40/9 40/23 40/25 41/14 43/3 43/7 43/19 44/11
46/5 46/9 46/20 46/24 47/17 49/1
we'll [8] 12/9 14/13 15/20 24/11 47/14 47/16
47/18 49/1
we're [12] 2/24 12/7 14/13 15/13 24/15 24/15
38/24 40/12 47/15 48/3 48/24 49/4
Webex [2] 2/10 40/13
week [2] 46/25 47/3
well [10] 4/13 4/23 32/1 42/12 42/16 44/11
47/3 47/4 47/22 48/2
went [5] 14/8 18/15 19/12 21/11 40/16
were [10] 7/2 7/11 12/21 15/8 18/16 22/6 24/13
29/13 29/14 30/13
West [31] 1/15 1/15 2/8 2/9 2/22 5/6 9/19 9/25
10/1 10/22 11/6 11/11 11/13 11/16 12/8 12/9
13/21 14/11 15/1 15/8 15/10 15/22 19/16 24/13
26/19 27/9 33/12 40/10 40/21 45/4 48/13
Western [2] 41/17 43/3
what [27] 8/9 9/10 13/1 21/9 23/3 23/9 24/8
24/21 25/19 26/4 26/5 26/8 31/11 31/18 31/23
33/17 33/25 39/6 39/10 41/8 43/2 43/14 43/22
43/23 43/24 44/2 45/13
what's [4] 9/14 27/4 43/24 44/1
whatever [3] 6/9 42/17 47/2
when [4] 7/8 34/4 44/11 49/1
where [3] 7/2 35/14 38/3
whereof [1] 50/17
wherever [1] 38/8
whether [10] 10/20 13/3 15/22 17/3 24/3 24/18
26/22 44/14 44/15 47/17
which [22] 3/6 12/14 15/9 16/12 19/24 20/6
23/3 23/22 23/24 24/14 27/3 27/5 27/7 29/7
30/21 32/9 34/17 35/18 36/2 36/14 42/2 43/17
whichever [1] 14/19
while [5] 7/10 22/13 22/17 31/8 41/22
who [8] 2/10 4/8 11/24 13/6 15/15 22/12 28/17
42/6
who's [1] 37/14
whom [1] 31/14
why [3] 11/3 28/19 45/5
wife [1] 11/9
will [46] 3/15 4/24 5/2 5/12 6/8 9/6 11/12 14/17
15/18 16/7 19/2 19/3 19/4 19/4 19/25 20/4
21/12 27/9 27/20 29/6 31/4 31/4 31/12 31/14
31/16 31/17 31/18 33/3 33/17 34/11 34/13 36/4
36/25 37/1 37/6 37/7 38/19 39/6 39/10 44/24
45/14 45/19 45/20 45/24 46/3 46/17
wish [4] 6/11 8/22 19/9 45/23
withdraw [2] 37/1 37/8
withdrawn [1] 41/20
within [3] 30/20 35/19 46/12
without [1] 4/6
witness [1] 50/17
witnesses [2] 17/13 17/16
won't [2] 41/10 48/23
word [2] 40/19 40/19
work [1] 14/24
works [1] 47/2
would [37] 3/21 4/11 4/18 6/17 9/13 12/16
14/23 16/19 17/1 17/2 17/8 17/11 17/15 17/16
17/20 17/22 18/16 18/22 19/12 21/7 21/10 22/1
22/5 22/6 22/10 27/3 34/4 35/4 41/24 42/7
46/13 46/19 47/19 47/21 47/25 48/16 48/17
write [1] 6/22
written [12] 20/7 21/2 24/2 24/4 24/18 24/24
25/22 25/23 26/7 26/15 27/11 27/19
wrong [1] 21/1

**Y**

Yeah [3] 7/12 9/1 9/2
year [1] 43/7
years [6] 28/1 28/4 29/2 32/23 32/24 38/7
yes [92]
yet [2] 39/11 42/22
you [292]
you'll [2] 6/12 16/9
you're [13] 8/24 25/20 28/3 28/7 28/16 29/1
29/20 29/25 32/16 32/25 39/2 44/14 45/21
you've [5] 24/1 24/2 26/10 36/10 39/1
your [140]
yourself [3] 17/21 17/24 19/5

**Z**

zero [1] 32/16
Zoom [2] 14/18 15/14